FILED

2003 OCT 14  P 12: 16

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---

Infiltrator Systems, Inc. and
Stormtech, Incorporated

        Plaintiffs,

v.

Cultec, Inc., and Robert J. DiTullio

        Defendants.

Case No. 3:01CV2188 (AWT)

Oct. 14, 2003

---

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO COMPEL AND ATTORNEYS FEES

Defendants hereby move for a ten (10) day extension of time to and including October 24, 2003 to file a motion for reconsideration of the Court Order granting Plaintiffs' Motion to Compel and an award of attorneys fees. (Copy attached.)

This extension of time is sought because largely all of the discovery sought by Plaintiffs has been provided, to the extent it exists, and Defendants may wish to request court reconsideration of the order and sanction of attorneys fees, as they are inconsistent with the present factual situation. The extension of time is sought to allow review of the issue.

The undersigned counsel has communicated by telephone with Daniel Bruso, Esq. Counsel for Plaintiffs, and Plaintiffs consent to this motion.

Respectfully submitted,

_____
Stephen P. McNamara, (ct 01220)
Steven Simonis (ct 22777)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT 06905
Tel. (203) 324-6155
Fax (203) 327-1096

Attorneys for Defendants
CULTEC, INC. and
ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO COMPEL AND ATTORNEYS FEES**

is being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs, by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: October 14, 2003

Stephen P. McNamara

GRANTED as to the motion to compel and for costs and fees (Doc. #79-1, #79-2 and #79-3) and DENIED as moot as to the request for expedited disposition (Doc. #79-4). It is so ordered.

Alvin W. Thompson, U.S.D.J.  9/30/03 Hartford, CT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>CULTEC, INC. and ROBERT J. DITULLIO<br><br>Defendants | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and ROBERT J. DITULLIO<br>Counterclaimants and Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.<br>STORMTECH INCORPORATED<br>Counterclaim Defendants<br>and<br>JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>Third Party Defendants | |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS
AND INSPECTION, ATTENDANCE AT DEPOSITION
AND REQUEST FOR COSTS AND ATTORNEYS FEES
PURSUANT TO FED. R. CIV. P. 37
AND REQUEST FOR EXPEDITED DISPOSITION**

Plaintiffs Infiltrator Systems, Inc. and Stormtech, Incorporated ("Infiltrator" and "Stormtech", respectively) move to compel the production of documents from Defendants Robert J. DiTullio and Cultec, Inc. ("DiTullio" and "Cultec", respectively), to compel an inspection of

1