UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

-----------------------------------------------------:
Infiltrator Systems, Inc. and            :
Stormtech, Incorporated                  :
                                         :
                Plaintiffs,              :    Case No. 3:01CV2188 (AWT)
        v.                               :
                                         :
Cultec, Inc., and Robert J. DiTullio     :
                                         :
                Defendants.              :
-----------------------------------------------------:

## MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO BAR ANY REFERENCE TO INFILTRATOR'S FINANCIAL CONDITION

Defendants hereby move for reconsideration of the Court Order granting Plaintiffs' Motion in Limine to bar any reference to plaintiff Infiltrator's financial condition. (McNamara Exhibit B).

During the November 25, 2002 preliminary injunction hearing before Judge Thompson, Plaintiffs submitted the above identified Motion in Limine (McNamara Exhibit A at p. 7), and stated that the motion had not been filed with the Clerk (McNamara Exhibit A at 8). The Court stated its intention to receive evidence and to decide its relevance at a later time. (McNamara Exhibit A at p. 7-8) Defendants respectfully submit that since the Court has already decided that evidence should be admitted in the record of the injunction hearing, and in view of the indication by Plaintiff's counsel that they had not filed the motion, that the written order is in error, and

that the Court should reconsider the order and mark it denied, in accordance with the prior statements on the record.

          Respectfully submitted,

          _____
          Stephen R. McNamara, (ct 01220)
          Steven Simonis (ct 22777)
          ST. ONGE STEWARD JOHNSTON & REENS LLC
          986 Bedford Street
          Stamford, CT 06905
          Tel. (203) 324-6155
          Fax (203) 327-1096

          Attorneys for Defendants
          CULTEC, INC. and
          ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO BAR ANY REFERENCE TO INFILTRATOR'S FINANCIAL CONDITION**

is being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs, by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: October 14, 2003

Stephen P. McNamara

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 14 P 12: 17

US DISTRICT COURT
HARTFORD CT

------------------------------------------------:
Infiltrator Systems, Inc. and            :
Stormtech, Incorporated                  :
    Plaintiffs,                        :
v.                                       :   Case No. 3:01CV2188 (AWT)
                                         :
Cultec, Inc., and                        :
Robert J. DiTullio                       :
    Defendants                         :
------------------------------------------------:

## DECLARATION OF STEPHEN P. MCNAMARA

I, Stephen P. McNamara declare as follows:

1. I am counsel to Defendants/Plaintiffs-in-Counterclaim Cultec, Inc. and Robert J. DiTullio in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the Markman Hearing and Hearing on Motions for Preliminary Injunction transcript dated November 25, 2002.

Sworn under penalty of perjury.

           Respectfully submitted,

           _____
           Stephen P. McNamara, (ct 01220)