FILED

2003 OCT 14 A 11: 15

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---

Infiltrator Systems, Inc. and
Stormtech, Incorporated

     Plaintiffs,

v.

Cultec, Inc., and Robert J. DiTullio

     Defendants.

---

Case No. 3:01CV2188 (AWT)

## MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO BAR ANY REFERENCE TO DEFENDANTS' COMMERCIAL EMBODIMENT

Defendants hereby move for reconsideration of the Court Order granting Plaintiffs' Motion in Limine to bar any reference to Defendants' commercial embodiment. (McNamara Exhibit B).

During the November 26, 2002 preliminary injunction hearing before Judge Thompson, Plaintiffs submitted the above identified Motion in Limine (McNamara Exhibit A at p. 145), and Defendants timely objected to the motion on the record (McNamara Exhibit A at 145-6). The Court made a ruling on the motion in limine on the record at the injunction hearing. The Court denied the motion, allowing the evidence to be admitted and that "they should be considered for what they're worth." (McNamara Exhibit A, p. 146). Defendants respectfully submit that since the Court has already denied Plaintiffs' Motion and allowed the referenced evidence to be admitted in the record of the injunction hearing, that the written order is in error, and

that the Court should reconsider the order and mark it denied, in accordance with the decision on the record in the injunction hearing.

                Respectfully submitted,

                _____
                Stephen P. McNamara, (ct 01220)
                Steven Simonis (ct 22777)
                ST. ONGE STEWARD JOHNSTON & REENS LLC
                986 Bedford Street
                Stamford, CT  06905
                Tel. (203) 324-6155
                Fax (203) 327-1096

                Attorneys for Defendants
                CULTEC, INC. and
                ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**MOTION FOR RECONSIDERATION OF JUDGE THOMPSON'S ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO BAR ANY REFERENCE TO DEFENDANTS' COMMERCIAL EMBODIMENT**

is being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs, by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: October 10, 2003

Carrie Csizmadia

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---

Infiltrator Systems, Inc. and
Stormtech, Incorporated
    Plaintiffs,
v.

Cultec, Inc., and .
Robert J. DiTullio
    Defendants

---

Case No. 3:01CV2188 (AWT)

**DECLARATION OF STEPHEN P. MCNAMARA IN SUPPORT OF DEFENDANTS'
MOTION FOR RECONSIDERATION OF JUDGE THOMPSON'S ORDER GRANTING
PLAINTIFFS' MOTION IN LIMINE TO BAR ANY REFERENCE TO DEFENDANTS'
COMMERCIAL EMBODIMENT**

I Stephen P. McNamara declare as follows:

1. I am counsel to Defendants/Plaintiffs-in-Counterclaim Cultec, Inc. and Robert J. DiTullio in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the Markman Hearing and Hearing on Motions for Preliminary Injunction transcript dated November 26, 2002.

Respectfully submitted,

_____
Stephen P. McNamara, (ct 01220)
Steven Simonis (ct 22777)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT 06905
Tel. (203) 324-6155
Fax (203) 327-1096

Attorneys for Defendants
CULTEC, INC. and
ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**DECLARATION OF STEPHEN P. MCNAMARA IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF JUDGE THOMPSON'S ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO BAR ANY REFERENCE TO DEFENDANTS' COMMERCIAL EMBODIMENT**

is being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs, by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: October 10, 2003

Carrie Csizmadia