164

01cv2188 mtnexttime/01403

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---

Infiltrator Systems, Inc. and
Stormtech, Incorporated

              Plaintiffs,

v.

Cultec, Inc., and Robert J. DiTullio

              Defendants.

Case No. 3:01CV2188 (AWT)

Oct. 14, 2003

---

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO COMPEL AND ATTORNEYS FEES

Defendants hereby move for a ten (10) day extension of time to and including October 24, 2003 to file a motion for reconsideration of the Court Order granting Plaintiffs' Motion to Compel and an award of attorneys fees. (Copy attached.)

This extension of time is sought because largely all of the discovery sought by Plaintiffs has been provided, to the extent it exists, and Defendants may wish to request court reconsideration of the order and sanction of attorneys fees, as they are inconsistent with the present factual situation. The extension of time is sought to allow review of the issue.

The undersigned counsel has communicated by telephone with Daniel Bruso, Esq. Counsel for Plaintiffs, and Plaintiffs consent to this motion.

Extension GRANTED, absent objection, to and including October 24, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT