IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>CULTEC, INC. and ROBERT J. DITULLIO<br><br>Defendants | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and ROBERT J. DITULLIO<br>Counterclaimants and Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC. STORMTECH INCORPORATED<br>Counterclaim Defendants<br>and<br>JAMES M. NICHOLS FABRI-FORM CO., INC.<br>Third Party Defendants | |

**DECLARATION OF DANIEL E. BRUSO, ESQUIRE**

I, Daniel E. Bruso, Esq., under oath, depose and say as follows:

1. My name is Daniel E. Bruso. I am counsel to Plaintiffs/Defendants-in-Counterclaim Infiltrator Systems, Inc. and Stormtech, Incorporated and Defendant-in-Counterclaim James M. Nichols in the above-captioned matter.

2. The statements set forth herein are true, except where made upon information and belief, in which case I believe them to be true.

1

3. Annexed hereto as "Exhibit A" is a true and accurate copy of selected portions of the November 25 – 26, 2003 transcript of the MARKMAN HEARING AND HEARING ON MOTIONS FOR PRELIMINARY INJUNCTION.

4. Shortly after the aforementioned hearing commenced on November 25, 2003, and while all parties and their counsel were in the Courtroom, counsel for Infiltrator, Stormtech and Nichols handed the Courtroom Deputy an original of Plaintiffs' Motion *In Limine* To Bar Any Reference To Infiltrator's Financial Condition.

5. Annexed hereto as "Exhibit B" is a true and accurate copy of this Court's Docket in the above-captioned matter.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF OCTOBER, 2003.**

_____
DANIEL E. BRUSO

### CERTIFICATE OF SERVICE

I, Daniel E. Bruso, Esquire, attorney for Plaintiffs in the above-captioned matter, hereby certify that, on the 28TH day of October, 2003, I served a true and accurate copy of the foregoing DECLARATION OF DANIEL E. BRUSO, ESQUIRE, via first class mail, postage prepaid, upon:

Stephen P. McNamara
Steven B. Simonis, Esquire
St.Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford Connecticut 06905-5619

_____
DANIEL E. BRUSO

```
                UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - -x

INFILTRATOR SYSTEMS, INC. and    :  No. 3:01-CV-2188(AWT)
STORMTECH, INCORPORATED,         :

      Plaintiffs,                :

         vs.                     :

CULTEC, INC. and ROBERT J.       :
DITULLIO,                        :

      Defendants.                :

- - - - - - - - - - - - - - - - -x

CULTEC, INC. and ROBERT J.
DITULLIO,                        :

      Counterclaimants,          :

         vs.                     :

INFILTRATOR SYSTEMS, INC. and    :
STORMTECH, INCORPORATED,         :
                                    HARTFORD, CONNECTICUT
      Counterclaim Defendants.   :  NOVEMBER 25, 2002

- - - - - - - - - - - - - - - - -x

                    MARKMAN HEARING
                         AND
          HEARING ON MOTIONS FOR PRELIMINARY INJUNCTION

                       Volume I


     BEFORE:

           HON. ALVIN W. THOMPSON, U.S.D.J.




                              Diana Huntington, RMR, CRR
                              Official Court Reporter
```

7

1   we'd be filing a motion to compel, felt that we were forced
2   into a position to file a motion to compel; and it wasn't
3   until weeks after we filed the motion to compel that we
4   received a small amount of documents. That's outstanding.
5            Another matter that needs to be dealt with at
6   some point, Your Honor, I don't know how Your Honor prefers
7   to take these up as we go on, but I have been presented
8   this morning with a list of certain proposed exhibits by
9   defendant, many of which, from our perspective, have no
10  relation at all to this case. They relate to prior
11  relationship between the companies. They relate
12  specifically to a product that was manufactured by
13  Infiltrator and StormTech many years ago.
14           THE COURT: Which one?
15           MR. RYE: Called the Maximizer. That did have
16  failures resulting ultimately in claims made against
17  Infiltrator and bankruptcy Chapter 11 that took place many
18  years ago. That really has no bearing whatsoever on this
19  case.
20           We have prepared, in anticipation that they were
21  going to try to make an issue out of this, a motion in
22  limine asking that the Court not hear evidence on that. It
23  appears it's a large part of their case.
24           THE COURT: I can tell you how I usually handle
25  that. I let each side give me what they think is relevant

8

```
 1   to their theory, and I decide what's relevant.
 2            MR. RYE:  I'd like to place the motion in limine.
 3            THE COURT:  You may.  You want to submit it to
 4   the courtroom deputy or have you filed it?
 5            MR. RYE:  I have not.
 6            One other minor matter, Your Honor.  There has
 7   been a motion to dismiss certain of the claims related
 8   to -- there are about five or six patents that have been
 9   raised in this case.  One most prominently, several others
10   were raised in letters to customers which form the basis of
11   a claim for unfair competition.  They have filed a motion
12   to dismiss with respect to some of those.  There has been
13   an agreed-upon extension of time to respond to those to
14   December 13, if we could have that entered as well.
15            THE COURT:  That would relate to Document Number
16   86, and we'll treat that as an oral motion and it's
17   granted.
18            MR. RYE:  In terms of proceeding, Your Honor, I
19   guess what we have here today is their motion for
20   preliminary injunction which was first filed, our motion
21   for preliminary injunction, and then arguments concerning
22   the construction pursuant to the Markman case.  I
23   anticipate arguing their motion first, then our motion and
24   Markman construction, or however the Court, Your Honor,
25   prefers to deal with it.
```

                                                                145

1                ( Whereupon, the proceedings commenced at
2        9:05 a.m.)
3                    THE COURT:  Good morning.  Please be
4        seated.
5                    MR. RYE:  Good morning, Your Honor.
6                    THE COURT:  Good morning.  Are you ready
7        to continue on?
8                    MR. RYE:  Yes, I am, Your Honor.
9                    THE COURT:  Okay.  Please be seated
10       everyone.
11                   MR. RYE:  Perhaps a housekeeping matter
12       that I would like it address with the Court.  Just in
13       light of yesterday, some testimony what I can see is
14       going to likely occur again today, specifically with
15       respect to these 330 chambers of Cultec, we have
16       prepared a motion in limine asking the Court not to
17       consider any evidence with respect those products.
18       And the case law is abundantly clear, the only
19       comparison that's to be made in determining whether
20       there is an infringement or the scope of the patent is
21       the patent itself.
22                   I would place that motion in limine, Your
23       Honor.
24                   MR. McNAMARA:  Your Honor, while Mr. Rye
25       is correct, of course a patent infringement case

146

```
 1   compares involving the infringing patents to the
 2   infringing product, not the patent owners product.
 3   But by the same token, the patent owners product is
 4   quite relevant for the issue of a preliminary
 5   injunction.  They are in the business of using the
 6   patented product for purposes of demonstration of what
 7   the patent covers because obviously, a physical object
 8   is much more easier to understand than a patent.  And
 9   they are highly relevant in this case and should be
10   considered for multiple reasons.
11              THE COURT:  Well, they should be
12   considered for what they're worth.
13              MR. McNAMARA:  Exactly, Your Honor.
14              MR. RYE:  Your Honor, I don't object to
15   them being shown, but again, specifically with respect
16   to any argument that those chambers embody the patent,
17   that's improper argument to be made and I just want to
18   be clear that that argument should not be considered.
19              THE COURT:  Okay.  Ready to continue?
20              MR. RYE:  Yes, I am, Your Honor.
21              I'd like to call Michael Thesz.
22
23
24
25
```

394

1
2
3                    C E R T I F I C A T E
4
5
6
7          I, Corinna F. Thompson, RPR, Official
8   Court Reporter for the United States District Court
9   for the District of Connecticut, do hereby certify
10  that the foregoing pages, pages 143 through 393, are a
11  true and accurate transcription of my shorthand notes
12  taken in the aforementioned matter to the best of my
13  skill and ability.
14
15
16
17
18              _____
                  CORINNA F. THOMPSON, RPR
19                 Official Court Reporter
                 450 Main Street, Room #225
20               Hartford, Connecticut 06103
                       (860) 547-0580
21
22
23
24
25

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:01-cv-02188-AWT

Infiltrator Sys Inc, et al v. Cultec, Inc, et al
Assigned to: Judge Alvin W. Thompson
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2201 Declaratory Judgment

Date Filed: 11/26/01
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Infiltrator Sys Inc**    represented by    **Daniel E. Bruso**
Cantor Colburn
55 Griffin Road South
Bloomfield, CT 06002
860-286-2929
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Cantor**
Cantor & Colburn
55 Griffin Rd So.
Bloomfield, CT 06002
860-286-2929
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Rye**
Cantor & Colburn
55 Griffin Rd So.
Bloomfield, CT 06002
860-286-2929
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stormtech, Inc**    represented by    **Daniel E. Bruso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Cantor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Rye**

                              (See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Cultec, Inc**       represented by **Stephen P. McNamara**  
St. Onge, Steward, Johnston & Reens  
986 Bedford St.  
Stamford, CT 06905-5619  
203-324-6155  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

                              **Steven B. Simonis**  
St. Onge, Steward, Johnston & Reens  
986 Bedford St.  
Stamford, CT 06905-5619  
203-324-6155  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robert J. DiTullio**      represented by **Stephen P. McNamara**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

                              **Steven B. Simonis**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Counter Defendant**
-----------------------

**James M. Nichols**

**Fabri-Form Co, Inc**       represented by **Christopher M. Parent**  
*TERMINATED: 01/07/2003*                         Shughart Thomson & Kilroy  
1050 17th St.  
Suite 2300  
Denver, CO 80265  
303-572-9300  
*TERMINATED: 01/07/2003*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

                              **Joseph G. Fortner, Jr.**

                                                      Halloran & Sage
                                                      One Goodwin Sq., 225 Asylum St.
                                                      Hartford, CT 06103
                                                      860-522-6103
                                                      *TERMINATED: 01/07/2003*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
-----------------------

| | | |
|---|---|---|
| **Cultec, Inc** | represented by | **Stephen P. McNamara**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven B. Simonis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Robert J. DiTullio** | represented by | **Stephen P. McNamara**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven B. Simonis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**ThirdParty Defendant**
-----------------------

| | | |
|---|---|---|
| **James M. Nichols**<br>*TERMINATED: 07/01/2002* | represented by | **Michael A. Cantor**<br>(See above for address)<br>*TERMINATED: 07/01/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Fabri-Form Co, Inc**<br>*TERMINATED: 07/01/2002* | represented by | **Christopher M. Parent**<br>(See above for address)<br>*TERMINATED: 07/01/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joseph G. Fortner, Jr.**<br>(See above for address)<br>*TERMINATED: 07/01/2002* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
----------------------

| | | |
|---|---|---|
| **Cultec, Inc** | represented by | **Stephen P. McNamara**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven B. Simonis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Robert J. DiTullio** | represented by | **Stephen P. McNamara**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven B. Simonis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**
----------------------

| | | |
|---|---|---|
| **Infiltrator Sys Inc** | represented by | **Michael A. Cantor**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Stormtech, Inc** | represented by | **Michael A. Cantor**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/26/2001 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # H004888 (Walker, J.) (Entered: 11/26/2001) |
| 11/26/2001 | | SUMMONS(ES) issued for Cultec, Inc, Robert J. DiTullio (Walker, J.) (Entered: 11/26/2001) |
| | | |

| | | |
|---|---|---|
| 11/26/2001 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 5/28/02 ; Dispositive Motions due 6/27/02 Amended Pleadings due 1/26/02 Motions to Dismiss due 2/26/02 (Walker, J.) (Entered: 11/26/2001) |
| 12/27/2001 | 3 | SUMMONS Returned Executed on 11/26/01 as to Robert J. DiTullio (Grady, B.) (Entered: 12/28/2001) |
| 12/27/2001 | 4 | SUMMONS Returned Executed on 11/28/01 as to Cultec, Inc (Grady, B.) (Entered: 12/28/2001) |
| 12/27/2001 | 5 | MOTION by Infiltrator Sys Inc to Amend [1-1] complaint (Brief Due 1/17/02 ) (Grady, B.) (Entered: 12/28/2001) |
| 01/02/2002 | 6 | MOTION by Cultec, Inc, Robert J. DiTullio to Extend Time 30 days to respond to the Complaint (Grady, B.) (Entered: 01/02/2002) |
| 01/02/2002 | 7 | APPEARANCE of Attorney for Cultec, Inc, Robert J. DiTullio -- Stephen P. McNamara (Grady, B.) (Entered: 01/02/2002) |
| 01/03/2002 | 8 | MOTION by Robert J. DiTullio to Extend Time to 30 days to respond to the Complaint (Grady, B.) (Entered: 01/03/2002) |
| 01/03/2002 | 9 | APPEARANCE of Attorney for Cultec, Inc, Robert J. DiTullio -- Steven B. Simonis (Grady, B.) (Entered: 01/03/2002) |
| 01/03/2002 | 10 | APPEARANCE of Attorney for Cultec, Inc, Robert J. DiTullio -- Stephen P. McNamara (Grady, B.) (Entered: 01/03/2002) |
| 01/15/2002 | | ENDORSEMENT granting [5-1] motion to Amend [1-1] complaint ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 01/15/2002) |
| 01/15/2002 | 11 | AMENDED COMPLAINT by Infiltrator Sys Inc amending [1-1] complaint; jury demand (Grady, B.) (Entered: 01/15/2002) |
| 01/15/2002 | | ENDORSEMENT granting [8-1] motion to Extend Time to 30 days to respond to the Complaint ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 01/15/2002) |
| 01/15/2002 | | ENDORSEMENT denying [6-1] motion to Extend Time 30 days to respond to the Complaint ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 01/15/2002) |
| 01/28/2002 | 12 | ANSWER and AFFIRMATIVE DEFENSES to Complaint by Cultec, Inc, Robert J. DiTullio (Grady, B.) (Entered: 01/30/2002) |

| | | |
|---|---|---|
| 01/31/2002 | 13 | COUNTERCLAIM by Cultec, Inc, Robert J. DiTullio against Infiltrator Sys Inc, Stormtech, Inc and THIRD PARTY COMPLAINT against James M. Nichols, Fabri-Form Co., Inc. (part 1 of 2) (Grady, B.) (Entered: 02/04/2002) |
| 01/31/2002 | 13 | COUNTERCLAIM by Cultec, Inc, Robert J. DiTullio against Infiltrator Sys Inc, Stormtech, Inc and THIRD PARTY COMPLAINT against James M. Nichols, Fabri-Form Co., Inc. Part 2 of 2) (Grady, B.) (Entered: 02/04/2002) |
| 01/31/2002 | | SUMMONS(ES) issued for James M. Nichols, Fabri-Form Co., Inc. (Grady, B.) (Entered: 02/04/2002) |
| 02/06/2002 | 14 | MOTION by Robert J. DiTullio, Cultec, Inc for Preliminary Injunction (Brief Due 2/27/02 ) (Grady, B.) (Entered: 02/06/2002) |
| 02/06/2002 | 15 | MEMORANDUM by Cultec, Inc, Robert J. DiTullio in support of [14-1] motion for Preliminary Injunction (Grady, B.) (Entered: 02/06/2002) |
| 02/06/2002 | 16 | AFFIDAVIT of Robert J. Ditullio by Cultec, Inc, Robert J. DiTullio Re [14-1] motion for Preliminary Injunction (Grady, B.) (Entered: 02/06/2002) |
| 02/13/2002 | 17 | ANSWER and AFFIRMATIVE DEFENSES by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols to [13-1] counterclaim and [13-1] Third Party Complaint (part 1 of 2) (Grady, B.) (Entered: 02/14/2002) |
| 02/13/2002 | 17 | ANSWER and AFFIRMATIVE DEFENSES by Infiltrator Systems, Stormtech, Inc., James M. Nichols to [13-1] counterclaim and [13-1] Third-Party Complaint (part 2 of 2) (Grady, B.) (Entered: 02/14/2002) |
| 02/20/2002 | 18 | MOTION by Infiltrator Sys Inc, Stormtech, Inc for Preliminary Injunction (Brief Due 3/13/02 ) (Grady, B.) (Entered: 02/20/2002) |
| 02/20/2002 | 19 | MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc in support of [18-1] motion for Preliminary Injunction (Grady, B.) (Entered: 02/20/2002) |
| 02/20/2002 | 20 | AFFIDAVIT of Bryan A. Coppes by Infiltrator Sys Inc, Stormtech, Inc Re [18-1] motion for Preliminary Injunction (Grady, B.) (Entered: 02/20/2002) |
| 02/20/2002 | 21 | AFFIDAVIT of Michael J. Rye by Infiltrator Sys Inc, Stormtech, Inc Re [18-1] motion for Preliminary Injunction (Grady, B.) (Entered: 02/20/2002) |