| | | |
|---|---|---|
| 02/20/2002 | 22 | CERTIFICATE OF SERVICE by Infiltrator Sys Inc, Stormtech, Inc (Grady, B.) (Entered: 02/20/2002) |
| 02/20/2002 | 23 | APPEARANCE of Attorney for Infiltrator Sys Inc, Stormtech, Inc -- Daniel E. Bruso (Grady, B.) (Entered: 02/20/2002) |
| 02/20/2002 | 24 | APPEARANCE of Attorney for Infiltrator Sys Inc, Stormtech, Inc -- Michael J. Rye (Grady, B.) (Entered: 02/20/2002) |
| 02/20/2002 | 25 | Exhibits by Infiltrator Sys Inc, Stormtech, Inc to [18-1] motion for Preliminary Injunction (Grady, B.) (Entered: 02/20/2002) |
| 02/21/2002 | 26 | OBJECTIONS by Infiltrator Sys Inc, Stormtech, Inc to [14-1] motion for Preliminary Injunction (Grady, B.) (Entered: 02/25/2002) |
| 02/25/2002 | 27 | APPEARANCE of Attorney for James M. Nichols -- Michael A. Cantor (Grady, B.) (Entered: 02/26/2002) |
| 02/25/2002 | 28 | REPORT of Parties Planning Meeting (Grady, B.) (Entered: 02/26/2002) |
| 02/27/2002 | 29 | MOTION by Cultec, Inc, Robert J. DiTullio to Extend Time to 03/13/02 toto reply to opposition to Motion for Preliminary Injunction (Grady, B.) (Entered: 02/27/2002) |
| 03/01/2002 | | ENDORSEMENT granting [29-1] motion to Extend Time to reply to Motion for Preliminary Injunction, Brief Deadline set for 3/14/02 [18-1] motion for Preliminary Injunction ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 03/05/2002) |
| 03/05/2002 | | ENDORSEMENT approving [28-1] report, resetting Discovery deadline to 12/31/02 , resetting Dispositive Motions due by 1/31/03 ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 03/06/2002) |
| 03/05/2002 | 30 | ORDER of referral to Mag. Judge Donna F. Martinez for a settlement and a status conference (signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 03/06/2002) |
| 03/06/2002 | 31 | MOTION by Fabri-Form Co, Inc to Extend Time to 03/28/02 to respond to Third-Party Complaint (Grady, B.) (Entered: 03/07/2002) |
| 03/06/2002 | 32 | APPEARANCE of Attorney for Fabri-Form Co, Inc -- Joseph G. Fortner Jr. (Grady, B.) (Entered: 03/07/2002) |
| 03/06/2002 | 33 | APPEARANCE of Attorney for Fabri-Form Co, Inc -- Christopher |

| | | |
|---|---|---|
| | | M. Parent (Grady, B.) (Entered: 03/07/2002) |
| 03/13/2002 | 34 | MOTION by Cultec, Inc, Robert J. DiTullio to Extend Time to 03/20/02 to file responses to Motion for Preliminary Injunction (Grady, B.) (Entered: 03/13/2002) |
| 03/18/2002 | 35 | ORDER granting [34-1] motion to Extend Time to 03/20/02 to file an opposition to plaintiff's Motion for Preliminary Injunction and a reply to opposition to defendants' Motion for Preliminary Injunction, Brief Deadline set for 3/20/02 [18-1] motion for Preliminary Injunction, [14-1] motion for Preliminary Injunction ( signed by Alvin W. Thompson ) (Grady, B.) (Entered: 03/19/2002) |
| 03/20/2002 | 36 | MOTION by Robert J. DiTullio, Cultec, Inc to Extend Time to 03/27/02 to file an opposition to Motion for Preliminary Injunction and to reply to oppposition to Motion for Preliminary Injunction (Grady, B.) (Entered: 03/20/2002) |
| 03/26/2002 | 37 | MOTION by Fabri-Form Co, Inc to Extend Time to 04/22/02 to respond to the Third-Party Complaint (Grady, B.) (Entered: 03/26/2002) |
| 03/27/2002 | 39 | OPPOSITION by Cultec, Inc, Robert J. DiTullio to [18-1] motion for Preliminary Injunction (Grady, B.) (Entered: 04/11/2002) |
| 03/27/2002 | 38 | REPLY by Cultec, Inc, Robert J. DiTullio to opposition to [14-1] motion for Preliminary Injunction (Grady, B.) (Entered: 04/11/2002) |
| 03/28/2002 | | ENDORSEMENT granting [37-1] motion to Extend Time to 04/22/02 to respond to the Third-Party Complaint ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 04/01/2002) |
| 03/28/2002 | | ENDORSEMENT granting, nunc pro tunc, [36-1] motion to Extend Time to 03/27/02 to file an opposition to Motion for Preliminary Injunction and to reply to oppposition to Motion for Preliminary Injunction ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 06/13/2002) |
| 04/09/2002 | 40 | MOTION by Stormtech, Inc, Infiltrator Sys Inc, James M. Nichols, Fabri-Form Co, Inc to Extend Time to 05/02/02 to respond to motions for preliminary injunction (Grady, B.) (Entered: 04/09/2002) |
| 04/15/2002 | | ENDORSEMENT granting [40-1] motion to Extend Time to 05/02/02 to respond to motions for preliminary injunction, Brief Deadline set for 5/2/02 [18-1] motion for Preliminary Injunction, [14-1] motion for Preliminary Injunction ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 04/16/2002) |

| Date | # | Description |
|---|---|---|
| 04/15/2002 | | ENDORSEMENT denying [31-1] motion to Extend Time to 03/28/02 to respond to Third-Party Complaint ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 04/16/2002) |
| 04/22/2002 | 41 | MOTION by Fabri-Form Co, Inc to Strike [13-1] third-party complaint (Brief Due 5/13/02 ) (Grady, B.) Modified on 05/06/2002 (Entered: 04/23/2002) |
| 04/22/2002 | 42 | MEMORANDUM by Fabri-Form Co, Inc in support of [39-1] motion to Strike [13-1] third-party complaint (Grady, B.) Modified on 05/06/2002 (Entered: 04/23/2002) |
| 05/02/2002 | 43 | MOTION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols, Fabri-Form Co, Inc to Extend Time to 05/24/02 to respond to Motion for Preliminary Injunction (Grady, B.) Modified on 05/06/2002 (Entered: 05/02/2002) |
| 05/06/2002 | | ENDORSEMENT granting [43-1] motion to Extend Time to 05/24/02 to respond to Motion for Preliminary Injunction, Brief Deadline set for 5/24/02 [18-1] motion for Preliminary Injunction, [14-1] motion for Preliminary Injunction ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 05/07/2002) |
| 05/16/2002 | 44 | MEMORANDUM by Cultec, Inc, Robert J. DiTullio in opposition to [41-1] motion to Strike [13-1] third-party complaint (Grady, B.) (Entered: 05/17/2002) |
| 05/24/2002 | 45 | THIRD MOTION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols to Extend Time until 7/21/02 to file additional pleadings to the motions for preliminary injunction (Kunofsky, L.) (Entered: 05/24/2002) |
| 05/24/2002 | | ENDORSEMENT granting [45-1] motion to Extend Time until 7/21/02 to file additional pleadings to the motions for preliminary injunction, Brief Deadline set for 7/31/02 [18-1] motion for Preliminary Injunction, [14-1] motion for Preliminary Injunction ( signed by Alvin W. Thompson ) (Grady, B.) (Entered: 05/28/2002) |
| 05/24/2002 | 46 | STIPULATED PROTECTIVE ORDER (signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 05/28/2002) |
| 05/31/2002 | 47 | ENDORSEMENT ORDER denying [14-1] motion for Preliminary Injunction, [18-1] motion for Preliminary Injunction ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 05/31/2002) |
| 05/31/2002 | 48 | REPLY BRIEF by Fabri-Form Co, Inc in support of [41-1] motion to Strike [13-1] third-party complaint (Grady, B.) (Entered: 06/03/2002) |

| | | |
|---|---|---|
| 06/04/2002 | 49 | MOTION by Cultec, Inc, Robert J. DiTullio for Leave to File surreply (Grady, B.) (Entered: 06/06/2002) |
| 06/10/2002 | | ENDORSEMENT granting [49-1] motion for Leave to File surreply ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 06/11/2002) |
| 06/10/2002 | 50 | MOTION by Cultec, Inc, Robert J. DiTullio for Reconsideration of [47-1] order dated 05/31/02 re: [14-1] motion for Preliminary Injunction and MOTION for Preliminary Injunction (part 1 of 2) (Brief Due 7/1/02 ) (Grady, B.) (Entered: 06/12/2002) |
| 06/10/2002 | 50 | MOTION by Cultec, Inc, Robert J. DiTullio for Reconsideration of [47-1] order dated 05/31/02 re: [14-1] motion for Preliminary Injunction and MOTION for Preliminary Injunction (part 2 of 2) (Brief Due 7/1/02 ) (Grady, B.) (Entered: 06/12/2002) |
| 06/24/2002 | 51 | MEMORANDUM by Fabri-Form Co, Inc in opposition to [50-1] MOTION for Preliminary Injunction by Robert J. DiTullio, Cultec, Inc (Bauer, J.) (Entered: 06/24/2002) |
| 06/25/2002 | 52 | Status Conference held by phone (AWT) (Smith, S.) (Entered: 06/25/2002) |
| 06/26/2002 | 53 | REPLY by Cultec, Inc, Robert J. DiTullio to response to [50-1] motion and MOTION for Preliminary Injunction by Robert J. DiTullio, Cultec, Inc (Bauer, J.) (Entered: 06/26/2002) |
| 06/26/2002 | 54 | MOTION by Fabri-Form Co, Inc to Extend Time to 8/13/02 to respond to discovery (Ferguson, L.) (Entered: 06/27/2002) |
| 06/28/2002 | 55 | MOTION by Infiltrator Sys Inc, Stormtech, Inc to Strike [53-1] response reply, re: [50-1] MOTION for Preliminary Injunction (Brief Due 7/19/02 ) (Grady, B.) (Entered: 07/01/2002) |
| 06/28/2002 | 56 | MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc in support of [55-1] motion to Strike [53-1] response reply, re: [50-1] MOTION for Preliminary Injunction (Grady, B.) (Entered: 07/01/2002) |
| 07/01/2002 | 57 | SUR-REPLY MEMORANDUM by Fabri-Form Co, Inc to [50-1] MOTION for Preliminary Injunction (Grady, B.) (Entered: 07/01/2002) |
| 07/01/2002 | 58 | AFFIDAVIT of William P. McCoach by Fabri-Form Co, Inc in support of [57-1] response reply to [50-1] MOTION for Preliminary Injunction (Grady, B.) (Entered: 07/01/2002) |
| | | |

| | | |
|---|---|---|
| 07/01/2002 | 59 | SUPPLEMENTAL AFFIDAVIT of William P. McCoach by Fabri-Form Co, Inc in support of [57-1] response reply to [50-1] MOTION for Preliminary Injunction (Grady, B.) (Entered: 07/01/2002) |
| 07/01/2002 | 60 | ENDORSEMENT ORDER granting in part denying in part [41-1] motion to Strike [13-1] third-party complaint, striking [13-1] third-party complaint. Cultec Inc. and Robert J. DiTullio shall file Amended Counterclaims designating James M. Nichols and Fabri-Form Co. as counterclaim defendants ( signed by Judge Alvin W. Thompson (Grady, B.) (Entered: 07/02/2002) |
| 07/10/2002 | | ENDORSEMENT granting [54-1] motion to Extend Time to 8/13/02 to respond to discovery ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 07/10/2002) |
| 07/16/2002 | 61 | Notice of filing of Amended Counterclaims and MOTION by Cultec, Inc, Robert J. DiTullio for Leave to File Amended Counterclaims (Grady, B.) Modified on 08/06/2002 (Entered: 07/16/2002) |
| 07/23/2002 | 63 | MEMORANDUM by Cultec, Inc, Robert J. DiTullio in opposition to [55-1] motion to Strike [53-1] response reply, re: [50-1] MOTION for Preliminary Injunction by Stormtech, Inc, Infiltrator Sys Inc (Bauer, J.) (Entered: 07/23/2002) |
| 07/29/2002 | 64 | Calendar and Order re: Settlement Conference to be held on 10/22/02 at 10:30 a.m. in Hartford (signed by Mag. Judge Donna F. Martinez) (Grady, B.) (Entered: 07/29/2002) |
| 07/31/2002 | 65 | REPLY MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in support of [50-1] motion and MOTION for Preliminary Injunction (Grady, B.) (Entered: 08/02/2002) |
| 07/31/2002 | 66 | AFFIDAVIT of Daniel E. Bruso by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in support of [50-1] motion and MOTION for Preliminary Injunction (Grady, B.) (Entered: 08/02/2002) |
| 08/02/2002 | 67 | REPLY MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols to [55-1] motion to Strike [53-1] response reply, re: [50-1] MOTION for Preliminary (Grady, B.) (Entered: 08/07/2002) |
| 08/05/2002 | 62 | AMENDED COUNTERCLAIM by Cultec, Inc, Robert J. DiTullio against Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols, Fabri-Form Co., Inc. : amending [13-1] counter claim (Grady, B.) Modified on 08/06/2002 (Entered: 07/16/2002) |
| 08/05/2002 | | ENDORSEMENT granting [62-1] motion for Leave to File Amended Counterclaims ( signed by Judge Alvin W. Thompson ) (Grady, B.) |

| | | |
|---|---|---|
| | | (Entered: 08/06/2002) |
| 08/05/2002 | 68 | MOTION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols for Entry upon land for inspection to inspect tangible things (Brief Due 8/26/02 ) (Grady, B.) (Entered: 08/07/2002) |
| 08/08/2002 | 69 | ORDER referring [68-1] motion for Entry upon land for inspection to inspect tangible things to Mag. Judge Donna F. Martinez (signed by Judge Alvin W. ) (Grady, B.) (Entered: 08/09/2002) |
| 08/12/2002 | 70 | ANSWER and AFFIRMATIVE DEFENSES by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols to amended counterclaim: [62-1] amended claim (Grady, B.) (Entered: 08/13/2002) |
| 08/14/2002 | | ENDORSEMENT withdrawing [68-1] motion for Entry upon land for inspection to inspect tangible things ( signed by Mag. Judge Donna F. Martinez ) (Grady, B.) (Entered: 08/15/2002) |
| 08/22/2002 | 71 | SUPPLEMENTAL MOTION by Cultec, Inc, Robert J. DiTullio for Preliminary Injunction (Brief Due 9/12/02 ) referring to: [50-1] MOTION for Preliminary Injunction and memorandum in support (part 1 of 2) (Grady, B.) (Entered: 08/23/2002) |
| 08/22/2002 | 71 | SUPPLEMENTAL MOTION by Cultec, Inc, Robert J. DiTullio [71-1] for Preliminary Injunction referring to: [50-1] MOTION for Preliminary Injunction and memorandum in support (part 2 of 2) (Grady, B.) (Entered: 08/23/2002) |
| 08/28/2002 | 72 | MOTION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols to Amend [28-1] report , and for Expedited disposition (Grady, B.) (Entered: 08/30/2002) |
| 09/05/2002 | 74 | Motion hearing held re: [72-1] motion to Amend [28-1] report by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc, [72-2] motion for expedited disposition by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc, [55-1] motion to Strike [53-1] response re: [50-1] motion for Preliminary Injunction by Stormtech, Inc, Infiltrator Sys Inc (AWT) (Smith, S.) (Entered: 09/09/2002) |
| 09/06/2002 | 73 | MOTION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols, Fabri-Form Co, Inc to Extend Time to 8/20/02 to file an Opposition to Supplemental Motion for Preliminary Injunction (Ferguson, L.) (Entered: 09/06/2002) |
| 09/06/2002 | | ENDORSEMENT granting [72-1] motion to Amend [28-1] report, [72-2] motion for Expedited disposition (signed by Judge Alvin W. Thompson) (Grady, B.) (Entered: 09/09/2002) |

| Date | No. | Description |
|---|---|---|
| 09/06/2002 | | ENDORSEMENT granting [55-1] motion to Strike [53-1] response reply, re: [50-1] MOTION for Preliminary Injunction ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 09/09/2002) |
| 09/13/2002 | | ENDORSEMENT granting [73-1] motion to Extend Time to file an Opposition to Supplemental Motion for Injunction, Brief Deadline set for 9/20/02 [71-1] supplemental amended motion for Preliminary Injunction ( signed by Judge Alvin W. Thompson ) (Kunofsky, L.) (Entered: 09/16/2002) |
| 09/16/2002 | 75 | MOTION by Fabri-Form Co, Inc to Extend Time to 09/20/02 to file opposition to Supplemental Motion for Preliminary Injunction (Grady, B.) (Entered: 09/16/2002) |
| 09/17/2002 | 76 | SUBSTITUTE REPLY by Cultec, Inc, Robert J. DiTullio to opposition to [71-1] supplemental motion for Preliminary Injunction (Grady, B.) (Entered: 09/17/2002) |
| 09/17/2002 | | ENDORSEMENT granting [75-1] motion to Extend Time to 09/20/02 to file opposition to Supplemental Motion for Preliminary Injunction, Brief Deadline set for 9/20/02 [71-1] supplemental motion for Preliminary Injunction ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 09/18/2002) |
| 09/20/2002 | 77 | MEMORANDUM by Fabri-Form Co, Inc in opposition to [71-1] supplemental motion for Preliminary Injunction (Grady, B.) (Entered: 09/23/2002) |
| 09/20/2002 | 78 | MOTION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols for Leave to File surreply memorandum of law in opposition to Motion for Preliminary Injunction (Grady, B.) (Entered: 09/24/2002) |
| 09/24/2002 | 79 | MOTION by Stormtech, Inc, Infiltrator Sys Inc, James M. Nichols to Compel production of documents and inspection , for Costs ,and Attorney Fees , for Expedited disposition (Brief Due 10/15/02 ) (Grady, B.) (Entered: 09/25/2002) |
| 09/27/2002 | | ENDORSEMENT granting [78-1] motion for Leave to File surreply memorandum of law in opposition to Motion for Preliminary Injunction ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 10/01/2002) |
| 09/27/2002 | 80 | OPPOSITION by Cultec, Inc, Stormtech, Inc, James M. Nichols to [71-1] supplemental motion for Preliminary Injunction (Grady, B.) (Entered: 10/01/2002) |
| 09/27/2002 | 81 | AFFIDAVIT of Daniel E. Bruso by Infiltrator Sys Inc, Stormtech, |