| | | |
|---|---|---|
| | | Inc, James M. Nichols in support of [71-1] supplemental motion for Preliminary Injunction (Grady, B.) (Entered: 10/01/2002) |
| 09/27/2002 | 82 | AFFIDAVIT of Bryan A. Coppes by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in support of [71-1] supplemental motion for Preliminary Injunction (Grady, B.) (Entered: 10/01/2002) |
| 10/04/2002 | 83 | SURREPLY by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in opposition to [71-1] supplemental motion for Preliminary Injunction (Grady, B.) (Entered: 10/08/2002) |
| 10/04/2002 | 84 | AFFIDAVIT of Daniel E. Bruso by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in support of [83-1] surreply to [71-1] supplemental motion for Preliminary Injunction (Grady, B.) (Entered: 10/08/2002) |
| 10/18/2002 | 85 | OPPOSITION by Cultec, Inc, Robert J. DiTullio to [79-1] motion to Compel production of documents and inspection [79-2] motion for Costs, [79-3] motion Attorney Fees, [79-4] motion for Expedited disposition (Grady, B.) (Entered: 10/18/2002) |
| 10/21/2002 | 93 | MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in support of Markman Claims Construction (Grady, B.) (Entered: 10/23/2002) |
| 10/21/2002 | 94 | AFFIDAVIT of Daniel E. Bruso by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in support of [93-1] Memorandum of law in support of Markman Claims Construction (Grady, B.) (Entered: 10/23/2002) |
| 10/21/2002 | 95 | MEMORANDUM by Fabri-Form Co, Inc in support of Markman Claims Construction (Grady, B.) (Entered: 10/23/2002) |
| 10/22/2002 | 86 | MOTION by Cultec, Inc, Robert J. DiTullio to Dismiss (Brief Due 11/12/02 ) (Grady, B.) (Entered: 10/22/2002) |
| 10/22/2002 | 87 | MEMORANDUM by Cultec, Inc, Robert J. DiTullio in support of [86-1] motion to Dismiss (Grady, B.) (Entered: 10/22/2002) |
| 10/22/2002 | 88 | AFFIDAVIT of Stephen P. McNamara by Cultec, Inc, Robert J. DiTullio Re [86-1] motion to Dismiss (Grady, B.) (Entered: 10/22/2002) |
| 10/22/2002 | 89 | MOTION by Cultec, Inc, Robert J. DiTullio for Summary Judgment (Brief Due 11/12/02 ) (Grady, B.) (Entered: 10/22/2002) |
| 10/22/2002 | 90 | MEMORANDUM by Cultec, Inc, Robert J. DiTullio in support of |

| | | |
|---|---|---|
| | | [89-1] motion for Summary Judgment (Grady, B.) (Entered: 10/22/2002) |
| 10/22/2002 | 91 | AFFIDAVIT of Stephen P. McNamara by Cultec, Inc, Robert J. DiTullio Re [89-1] motion for Summary Judgment (Grady, B.) (Entered: 10/22/2002) |
| 10/22/2002 | 92 | Settlement Conference held ( DFM) (Wood, R.) (Entered: 10/23/2002) |
| 10/22/2002 | 96 | MARKMAN BRIEF by Cultec, Inc, Robert J. DiTullio (Grady, B.) (Entered: 10/23/2002) |
| 10/28/2002 | 97 | OPPOSITION MEMORANDUM by Cultec, Inc, Robert J. DiTullio in response to plaintiff's Markman Claim Construction Brief (Grady, B.) (Entered: 10/29/2002) |
| 10/28/2002 | 98 | OPPOSITION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols to markman Claims Construction (Grady, B.) (Entered: 10/29/2002) |
| 10/31/2002 | 99 | REPLY MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in support of [79-1] motion to Compel production of documents and inspection (Grady, B.) (Entered: 11/01/2002) |
| 10/31/2002 | 100 | AFFIDAVIT of Daniel E. Bruso by Stormtech, Inc, Infiltrator Sys Inc, James M. Nichols in support of [99-1] response reply, re: [79-1] motion to Compel production of documents and inspection, [79-2] motion for Costs, [79-3] motion Attorney Fees, [79-4] motion for Expedited disposition (Grady, B.) (Entered: 11/01/2002) |
| 11/04/2002 | 101 | REPLY MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in support of Markman Claims construction (Grady, B.) (Entered: 11/06/2002) |
| 11/04/2002 | 102 | REPLY by Cultec, Inc, Robert J. DiTullio to opposition to Markman Brief (Grady, B.) (Entered: 11/06/2002) |
| 11/08/2002 | 104 | LOCAL RULE 9(c)(1) STATEMENT of Material Facts by Cultec, Inc, Robert J. DiTullio regarding [86-1] motion to Dismiss (Grady, B.) (Entered: 11/13/2002) |
| 11/08/2002 | 105 | LOCAL RULE 9(c)(1) STATEMENT of Material Facts by Cultec, Inc, Robert J. DiTullio regarding [89-1] motion for Summary Judgment (Grady, B.) (Entered: 11/13/2002) |
| 11/12/2002 | 103 | MOTION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols, |

| | | |
|---|---|---|
| | | Fabri-Form Co, Inc to Extend Time to 11/22/02 to file opposition to Motions to dismiss and for summary judgment (Grady, B.) (Entered: 11/12/2002) |
| 11/15/2002 | | ENDORSEMENT granting [103-1] motion to Extend Time to 11/22/02 to file opposition to Motions to dismiss and for summary judgment, Brief Deadline set for 11/22/02 [89-1] motion for Summary Judgment, set for 11/22/02 [86-1] motion to Dismiss ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 11/18/2002) |
| 11/15/2002 | 106 | Reply Memorandum by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in support of [101-1] Markman Claims Construction (Grady, B.) (Entered: 11/18/2002) |
| 11/18/2002 | 107 | SUBSTITUTE Local Rule 9(c)(1) STATEMENT of Material Facts by Cultec, Inc, Robert J. DiTullio regarding [89-1] motion for Summary Judgment (Grady, B.) (Entered: 11/20/2002) |
| 11/20/2002 | 108 | SUBSTITUTE Local Rule 9(c)(1) STATEMENT of Material Facts by Cultec, Inc, Robert J. DiTullio regarding [86-1] motion to Dismiss (Grady, B.) (Entered: 11/20/2002) |
| 11/22/2002 | 110 | SECOND MOTION by Infiltrator Sys Inc, Stormtech, Inc to Extend Time to file opposition to defendants' motion to dismiss--to December 13, 2002 (Smith, S.) (Entered: 11/26/2002) |
| 11/22/2002 | 111 | MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc in opposition to [89-1] motion for Summary Judgment regarding unfair competition claims by Robert J. DiTullio, Cultec, Inc (Smith, S.) (Entered: 11/26/2002) |
| 11/22/2002 | 112 | AFFIDAVIT of Daniel E. Bruso Re: [111-1] opposition memorandum by Stormtech, Inc, Infiltrator Systems, Inc (Smith, S.) (Entered: 11/26/2002) |
| 11/25/2002 | 109 | MOTION by Cultec, Inc, Robert J. DiTullio to Extend Time to 12/6/02 to respond to Opposition to Motion for Summary Judgment (Ferguson, L.) (Entered: 11/25/2002) |
| 11/25/2002 | 113 | MOTION by Infiltrator Sys Inc, Stormtech, Inc in Limine RE: to bar any reference to Infiltrator's financial condition (Brief Due 12/16/02) (Smith, S.) (Entered: 11/26/2002) |
| 11/25/2002 | 114 | Evidentiary Hearing held. Reporter: Huntington (AWT) (Smith, S.) (Entered: 11/26/2002) |

| | | |
|---|---|---|
| 11/25/2002 | | MINUTE Entry: granting [109-1] motion to Extend Time to 12/9/02 to respond to Opposition to Motion for Summary Judgment, granting [110-1] motion to Extend Time to 12/13/02 to file opposition to defendants' motion to dismiss (AWT) (Smith, S.) (Entered: 11/26/2002) |
| 11/25/2002 | 115 | MEMORANDUM by Infiltrator Systems Inc, Stormtech, Inc in support of [115-1] motion in Limine RE: to bar any reference to defendants' commercial embodiment (Smith, S.) (Entered: 11/26/2002) |
| 11/26/2002 | 115 | MOTION and MEMORANDUM IN SUPPORT by Infiltrator Sys Inc, Stormtech, Inc in Limine RE: to bar any reference to defendants' commercial embodiment (Brief Due 12/17/02) (Smith, S.) (Entered: 11/26/2002) |
| 11/26/2002 | 116 | Evidentiary Hearing held. Reporter/ECRO: Corinna Thompson ( AWT) (Grady, B.) (Entered: 12/02/2002) |
| 11/26/2002 | 117 | Marked Exhibit List as to Infiltrator Sys Inc, Stormtech, Inc (Grady, B.) (Entered: 12/02/2002) |
| 11/26/2002 | 118 | Marked Exhibit List as to Infiltrator Sys Inc, Stormtech, Inc (Grady, B.) (Entered: 12/02/2002) |
| 11/26/2002 | 119 | Marked Witness List as to Cultec, Inc, Robert J. DiTullio (Grady, B.) (Entered: 12/02/2002) |
| 11/26/2002 | 120 | Marked Exhibit List as to Cultec, Inc, Robert J. DiTullio (Grady, B.) (Entered: 12/02/2002) |
| 11/26/2002 | 121 | LOCAL RULE 9(C) 2 STATEMENT of Material Facts by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols regarding [89-1] motion Summary Judgment (Grady, B.) (Entered: 12/02/2002) |
| 12/06/2002 | 122 | REPLY by Cultec, Inc, Robert J. DiTullio to opposition to [89-1] motion for Summary Judgment (Grady, B.) (Entered: 12/09/2002) |
| 12/06/2002 | 123 | AFFIDAVIT of Stephen P. McNamara by Cultec, Inc, Robert J. DiTullio in support of [89-1] motion for Summary Judgment (Grady, B.) (Entered: 12/09/2002) |
| 12/06/2002 | 124 | MOTION by Cultec, Inc, Robert J. DiTullio to Strike pararaph 7 of [112-1] affidavit, re: [89-1] motion for Summary Judgment (Brief Due 12/27/02 ) (Grady, B.) (Entered: 12/09/2002) |
| 12/06/2002 | 124 | MEMORANDUM by Cultec, Inc, Robert J. DiTullio in support of |

| | | |
|---|---|---|
| | | [124-1] motion to Strike pararaph 7 of [112-1] affidavit, re: [89-1] motion for Summary Judgment (Grady, B.) (Entered: 12/09/2002) |
| 12/11/2002 | | ENDORSEMENT granting [109-1] motion to Extend Time to 12/6/02 to respond to Opposition to Motion for Summary Judgment, Brief Deadline set for 12/6/02 [89-1] motion for Summary Judgment ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 12/12/2002) |
| 12/12/2002 | 125 | TRANSCRIPT for date of 11/25/02 (Court reporter: Diana Huntington) (Grady, B.) (Entered: 12/12/2002) |
| 12/12/2002 | 127 | MOTION by Stormtech, Inc, Infiltrator Sys Inc, James M. Nichols for Leave to File surreply in opposition to Motion for Summary Judgment (Grady, B.) (Entered: 12/16/2002) |
| 12/13/2002 | 126 | MOTION by Stormtech, Inc, Infiltrator Sys Inc, James M. Nichols, Fabri-Form Co, Inc to Extend Time to 12/20/02 to file opposition to Motion to Dismiss (Grady, B.) (Entered: 12/13/2002) |
| 12/18/2002 | 128 | TRANSCRIPT for date of 11/26/02 (Court reporter: Corinna F. Thompson) (Grady, B.) (Entered: 12/19/2002) |
| 12/20/2002 | 129 | STIPULATION of dismissal of parties as to Counts II - V of the Verified First Amended complaint by Infiltrator Sys Inc, Stormtech, Inc, Cultec, Inc, Robert J. DiTullio (Grady, B.) (Entered: 12/23/2002) |
| 12/23/2002 | 132 | STIPULATION of dismissal of parties. as to Cultec, Inc, Robert J. DiTullio, Fabri-Form Co, Inc (Grady, B.) (Entered: 12/27/2002) |
| 12/23/2002 | 133 | OPPOSITION by Cultec, Inc, Robert J. DiTullio to [127-1] motion for Leave to File surreply in opposition to Motion for Summary Judgment (Grady, B.) (Entered: 12/27/2002) |
| 12/24/2002 | | ENDORSEMENT granting [127-1] motion for Leave to File surreply in opposition to Motion for Summary Judgment ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 12/26/2002) |
| 12/24/2002 | 130 | MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc in opposition to [124-1] motion to Strike pararaph 7 of [112-1] affidavit, re: [89-1] motion for Summary Judgment (Grady, B.) (Entered: 12/26/2002) |
| 12/24/2002 | 131 | SUPPLEMENTAL AFFIDAVIT of Daniel E. Bruso by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols in support of [130-1] opposition memorandum, re: [124-1] motion to Strike pararaph 7 of [112-1] affidavit, re: motion for Summary Judgment and [89-1] motion for Summary Judgment (Grady, B.) (Entered: 12/26/2002) |

| Date | No. | Description |
|---|---|---|
| 12/24/2002 | | ENDORSEMENT granting [126-1] motion to Extend Time to 12/20/02 to file opposition to Motion to Dismiss, Brief Deadline set for 12/20/02 [86-1] motion to Dismiss ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 12/26/2002) |
| 12/24/2002 | | ENDORSEMENT approving [129-1] stipulation of dismissal ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 12/26/2002) |
| 12/27/2002 | 134 | MOTION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols for Leave to File Post Trial Memorandum (Grady, B.) (Entered: 12/27/2002) |
| 12/30/2002 | 135 | OPPOSITION by Cultec, Inc, Robert J. DiTullio to [134-1] motion for Leave to File Post Trial Memorandum (Grady, B.) (Entered: 12/30/2002) |
| 12/30/2002 | 136 | MOTION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols to Extend discovery deadline to 02/11/03 (Grady, B.) (Entered: 12/31/2002) |
| 12/31/2002 | 137 | OPPOSITION by Cultec, Inc, Robert J. DiTullio to [136-1] motion to Extend discovery deadline to 02/11/03 (Grady, B.) (Entered: 12/31/2002) |
| 01/06/2003 | 138 | REPLY by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols to response to [136-1] motion to Extend discovery deadline to 02/11/03 by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc (Ferguson, L.) (Entered: 01/07/2003) |
| 01/06/2003 | 139 | AFFIDAVIT of Daniel E. Bruso by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols Re [136-1] motion to Extend discovery deadline to 02/11/03 by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc (Ferguson, L.) (Entered: 01/07/2003) |
| 01/07/2003 | | ENDORSEMENT approving [132-1] stipulation of dismissal ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 01/08/2003) |
| 01/08/2003 | 140 | REPLY by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols to response to [89-1] motion for Summary Judgment by Robert J. DiTullio, Cultec, Inc (Ferguson, L.) (Entered: 01/09/2003) |
| 01/08/2003 | 141 | AFFIDAVIT of Daniel E. Bruso by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols Re [134-1] motion for Leave to File Post Trial Memorandum by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc (Ferguson, L.) (Entered: 01/09/2003) |
| 01/13/2003 | | ENDORSEMENT granting [136-1] motion to Extend discovery |

| | | |
|---|---|---|
| | | deadline to 02/11/03, resetting Discovery deadline to 2/11/03 ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 01/14/2003) |
| 01/13/2003 | | ENDORSEMENT granting [134-1] motion for Leave to File Post Trial Memorandum ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 01/14/2003) |
| 01/13/2003 | 142 | POST HEARING MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc, re: [71-1] supplemental motion for Preliminary Injunction (Grady, B.) Modified on 05/02/2003 (Entered: 01/14/2003) |
| 01/13/2003 | 143 | AFFIDAVIT of Daniel E. Bruso by Infiltrator Sys Inc, Stormtech, Inc Re [71-1] supplemental motion for Preliminary Injunction (Grady, B.) (Entered: 01/14/2003) |
| 01/28/2003 | 144 | MOTION by Cultec, Inc, Robert J. DiTullio to Extend Time to 2/11/03 to file Post-Hearing Memo (Ferguson, L.) (Entered: 01/28/2003) |
| 02/05/2003 | | ENDORSEMENT granting [144-1] motion to Extend Time to 2/11/03 to file Post-Hearing Memo ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 02/05/2003) |
| 02/07/2003 | 145 | MOTION by Infiltrator Sys Inc, Stormtech, Inc, Infiltrator Sys Inc to Extend Time to 02/28/03 to complete discovery (Grady, B.) (Entered: 02/07/2003) |
| 02/07/2003 | 146 | JOINT MOTION by Infiltrator Sys Inc, Stormtech, Inc, Cultec, Inc, Robert J. DiTullio to enter scheduling order to extend discovery to 2/28/03 and other relief (Kunofsky, L.) (Entered: 02/10/2003) |
| 02/11/2003 | 147 | REPLY by Cultec, Inc, Robert J. DiTullio to response to [89-1] motion for Summary Judgment by Robert J. DiTullio, Cultec, Inc, [86-1] motion to Dismiss by Robert J. DiTullio, Cultec, Inc (Ferguson, L.) (Entered: 02/12/2003) |
| 02/14/2003 | | ENDORSEMENT granting [146-1] motion to enter scheduling order to extend discovery to 2/28/03, resetting Discovery deadline to 2/28/03 ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 02/14/2003) |
| 02/14/2003 | | ENDORSEMENT denying [145-1] motion to Extend Time to 02/28/03 to complete discovery ( signed by Judge Alvin W. Thompson ) (Grady, B.) (Entered: 02/14/2003) |
| 02/27/2003 | 149 | MEMORANDUM by Stormtech, Inc, Infiltrator Sys Inc, James M. Nichols, Fabri-Form Co, Inc in support of [148-1] motion to Compel |