|  |  |  |
|---|---|---|
|  |  | Production of Documents & Testimony or alternately to Strike Advice of Counsel Defense (Ferguson, L.) (Entered: 03/03/2003) |
| 02/27/2003 | 150 | AFFIDAVIT of Daniel E. Bruso, Esquire by Stormtech, Inc, Infiltrator Sys Inc, James M. Nichols, Fabri-Form Co, Inc Re [148-1] motion to Compel Production of Documents & Testimony or alternately to Strike Advice of Counsel Defense by James M. Nichols, Infiltrator Sys Inc, Stormtech, Inc (Ferguson, L.) (Entered: 03/03/2003) |
| 02/27/2003 | 148 | MOTION by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols to Compel Production of Documents & Testimony or to Strike Advice of Counsel (Brief Due 3/20/03 ) (Ferguson, L.) Modified on 03/04/2003 (Entered: 03/04/2003) |
| 03/17/2003 | 151 | OBJECTIONS by Cultec, Inc, Robert J. DiTullio to [148-1] motion to Compel Production of Documents & Testimony by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc, [148-2] motion to Strike Advice of Counsel by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc (Ferguson, L.) (Entered: 03/19/2003) |
| 03/26/2003 | 152 | REPLY by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols, Fabri-Form Co, Inc to response to [148-1] motion to Compel Production of Documents & Testimony by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc, [148-2] motion to Strike Advice of Counsel by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc (Ferguson, L.) (Entered: 03/27/2003) |
| 03/26/2003 | 153 | SECOND DECLARATION of Daniel E. Bruso, Esquire by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols Re [148-1] motion to Compel Production of Documents & Testimony by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc, [148-2] motion to Strike Advice of Counsel by James M. Nichols, Stormtech, Inc, Infiltrator Sys Inc (Ferguson, L.) (Entered: 03/27/2003) |
| 04/09/2003 | 154 | MOTION by Stormtech, Inc, Infiltrator Sys Inc, James M. Nichols for Leave to File Supplemental Post Hearing Memorandum of Law (Ferguson, L.) (Entered: 04/15/2003) |
| 04/25/2003 | 155 | MEMORANDUM by Cultec, Inc, Robert J. DiTullio in opposition to [154-1] motion for Leave to File Supplemental Post Hearing Memorandum of Law by James M. Nichols, Infiltrator Sys Inc, Stormtech, Inc or Motion to Strike Lister Deposition & Memo (Part 1 of 2) (Ferguson, L.) (Entered: 04/25/2003) |
| 04/25/2003 | 155 | MEMO IN OPPOSITION to Motion for Leave to File Supplemental Post-Hearing Memo & MOTION by Cultec, Inc, Robert J. DiTullio to Strike Lister Deposition & Memo (Part 2 of 2) (Brief Due 5/16/03 ) |

| | | |
|---|---|---|
| | | (Ferguson, L.) (Entered: 04/25/2003) |
| 04/25/2003 | 156 | SUPPLEMENTAL POST-HEARING MEMORANDUM by Cultec, Inc, Robert J. DiTullio in support of [135-1] objection (Ferguson, L.) (Entered: 04/25/2003) |
| 04/25/2003 | 157 | DECLARATION of Stephen P. McNamara by Cultec, Inc, Robert J. DiTullio Re [156-1] support memorandum by Robert J. DiTullio, Cultec, Inc (Ferguson, L.) (Entered: 04/25/2003) |
| 04/28/2003 | | ENDORSEMENT granting [154-1] motion for Leave to File Supplemental Post Hearing Memorandum of Law ( signed by Judge Alvin W. Thompson ) (Ferguson, L.) (Entered: 04/29/2003) |
| 04/28/2003 | 158 | SUPPLEMENTAL POST HEARING MEMO by Infiltrator Sys Inc, Stormtech, Inc to response to [18-1] motion for Preliminary Injunction by Stormtech, Inc, Infiltrator Sys Inc (Ferguson, L.) (Entered: 04/29/2003) |
| 04/28/2003 | 159 | AFFIDAVIT of Daniel E. Bruso, Esq. by Infiltrator Sys Inc, Stormtech, Inc, James M. Nichols Re [18-1] motion for Preliminary Injunction by Stormtech, Inc, Infiltrator Sys Inc (Ferguson, L.) (Entered: 05/01/2003) |
| 09/30/2003 | 160 | ENDORSEMENT ORDER denying [89-1] motion for Summary Judgment ( signed by Judge Alvin W. Thompson ) (Ferguson, L.) (Entered: 10/01/2003) |
| 09/30/2003 | 161 | ENDORSEMENT ORDER granting in part, denying in part [148-1] motion to Compel Production of Documents & Testimony, denying [148-2] motion to Strike Advice of Counsel ( signed by Judge Alvin W. Thompson ) (Ferguson, L.) (Entered: 10/01/2003) |
| 09/30/2003 | | ENDORSEMENT granting [79-1] motion to Compel production of documents and inspection, granting [79-2] motion for Costs, granting [79-3] motion for Attorney Fees, denying [79-4] motion for Expedited disposition ( signed by Judge Alvin W. Thompson ) (Ferguson, L.) (Entered: 10/01/2003) |
| 09/30/2003 | | ENDORSEMENT denying [86-1] motion to Dismiss ( signed by Judge Alvin W. Thompson ) (Ferguson, L.) (Entered: 10/01/2003) |
| 09/30/2003 | | ENDORSEMENT granting [113-1] motion in Limine RE: to bar any reference to Infiltrator's financial condition ( signed by Judge Alvin W. Thompson ) (Ferguson, L.) (Entered: 10/01/2003) |
| 09/30/2003 | | ENDORSEMENT granting [115-1] motion in Limine RE: to bar any |

|  |  |  |
|---|---|---|
|  |  | reference to defendants' commercial embodiment ( signed by Judge Alvin W. Thompson ) (Ferguson, L.) (Entered: 10/01/2003) |
| 09/30/2003 |  | ENDORSEMENT granting in part, denying in part [124-1] motion to Strike pararaph 7 of [112-1] affidavit, re: [89-1] motion for Summary Judgment ( signed by Judge Alvin W. Thompson ) (Ferguson, L.) (Entered: 10/01/2003) |
| 10/08/2003 | 162 | MEMORANDUM by Infiltrator Sys Inc, Stormtech, Inc in opposition to [155-1] motion to Strike Lister Deposition & Memo by Robert J. DiTullio, Cultec, Inc (Ferguson, L.) (Entered: 10/09/2003) |
| 10/08/2003 | 163 | DECLARATION of Daniel E. Bruso by Infiltrator Sys Inc, Stormtech, Inc Re [162-1] opposition memorandum by Stormtech, Inc, Infiltrator Sys Inc (Ferguson, L.) (Entered: 10/09/2003) |
| 10/14/2003 | 164 | MOTION for Extension of Time to 10/24/03 to file Motion for Reconsideration of Order granting Motion to Compel & Attorney Fees by Cultec, Inc, Robert J. DiTullio. (Ferguson, L.) (Entered: 10/16/2003) |
| 10/14/2003 | 165 | MOTION for Reconsideration re Order granting Motion in Limine to bar any reference to Infiltrator's Financial Condition (Doc #113) by Cultec, Inc, Robert J. DiTullio.Responses due by 11/4/2003 (Ferguson, L.) (Entered: 10/16/2003) |
| 10/14/2003 | 166 | MOTION for Reconsideration re Order granting Plaintiffs Motion in Limine to bar any reference to defendants Commercial Emdodiment [Doc #115] by Cultec, Inc, Robert J. DiTullio.Responses due by 11/4/2003 (Ferguson, L.) (Entered: 10/17/2003) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 10/27/2003 15:07:06 |||
| PACER Login: | fd0411 | Client Code: |
| Description: | Docket Report | Case Number: 3:01-cv-02188-AWT |
| Billable Pages: | 11 | Cost: 0.77 |