**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -1  A 9: 44
US DISTRICT COURT
HARTFORD CT

|  |  |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>CULTEC, INC. and ROBERT J. DITULLIO<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 301CV2188AWT<br>)<br>)<br>)<br>)<br>)<br>) |
| CULTEC, INC. and ROBERT J. DITULLIO<br>Counterclaimants and Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC. STORMTECH INCORPORATED<br>Counterclaim Defendants<br>and<br>JAMES M. NICHOLS FABRI-FORM CO., INC.<br>Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO FILE SECOND SUPPLEMTAL POST HEARING MEMORANDUM OF LAW

Plaintiffs Infiltrator Systems, Inc. and Stormtech, Incorporated ("Infiltrator" and "Stormtech") and Third-Party Defendant James M. Nichols ("Nichols") move this Court for leave to file a Second Supplemental Post Hearing Memorandum Of Law to present certain evidence obtained during the October 29, 2003 deposition of Robert H. Ware, Esquire. In particular, Infiltrator, Stormtech and Nichols seek to present evidence that DiTullio's and

**GRANTED. It is so ordered.**

1

**Alvin W. Thompson, U.S.D.J.**
**Hartford, CT    1/8/04**