IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>CULTEC, INC. and ROBERT J. DITULLIO<br><br>Defendants. | Civil Action No. 301CV2188AWT<br><br>April 12, 2004 |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED FINDINGS OF FCAT AND CONCLUSIONS OF LAW

Defendants/Counterclaimants Cultec, Inc. and Robert J. DiTullio (collectively "Defendants") oppose Plaintiffs/Counterclaim Defendants Infiltrator Systems, Inc and Stormtech, Incorporated (collectively "Plaintiffs") Motion for Leave to File Proposed Findings of Fact and Conclusions of Law as cumulative, unnecessary and untimely.

Plaintiffs seek to have the parties file Proposed Findings of Fact and Conclusions of Law with respect to the injunction hearing held November 25-26, 2002.

The issues presented in the injunction hearing have been briefed numerous times already, including in the following submissions:

(1) Briefing and declarations regarding Defendant's Motion for Preliminary Injunction to enjoin Plaintiffs' infringement of Defendant's patent [Docket Nos. 14, 15, 16, 26, 38, 47, 49, 50, 51, 53, 71, 76, 80, 83, 125, 128];

(2) Markman Claim Interpretation Briefs and declarations regarding the issues of interpretation of Defendant's patent [Docket Nos 93, 94, 96, 97, 101, 102];

(3) Briefing and declarations regarding Plaintiffs' motion for preliminary injunction regarding alleged unfair competition. [Docket Nos. 18, 19, 20, 21, 25, 39, 65, 66 ];

(4) Post-Hearing Memoranda by both parties, and numerous Supplemental Post-Hearing Memoranda [Docket Nos. 134, 142, 143, 147, 156, 157, 158]. The Post-Hearing Memoranda included both factual and legal statements of the case.

As can be seen, there is a lot that is already of record in this case. Defendant Cultec is concerned that permitting additional filings at this time will only delay matters by triggering a series of filings, objections, and motions that will only serve to delay decision on the injunction issues that are have already been pending for over 26 months. Neither the court nor Plaintiffs desired to file Proposed Findings of Fact and Law 16 months ago when the injunction hearing was held. It is respectfully submitted that there is no point in proceeding with additional submissions at this late date. What is needed is for the court to review the existing record and decide the pending motions, not to invite yet another round of briefing of the very same issues.

Therefore, Defendants respectfully request that this Court deny Plaintiffs' Motion for Leave to File Findings of Fact and Conclusions of Law.

Respectfully submitted,

_____
Stephen P. McNamara, (ct 01220)
Steven Simonis (ct 22777)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT 06905
Tel. (203) 324-6155
Fax (203) 327-1096

Attorneys for Defendants
CULTEC, INC. and
ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW**

are being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs, by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: April 12, 2004

_____
Carrie A. Csizmadia