IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and <br> STORMTECH, INCORPORATED <br><br> Plaintiffs, <br><br> vs. <br><br> CULTEC, INC. and <br> ROBERT J. DITULLIO <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 301CV2188AWT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| CULTEC, INC. and <br> ROBERT J. DITULLIO <br>   Counterclaimants and <br>   Third Party Plaintiffs <br><br> v. <br><br> INFILTRATOR SYSTEMS, INC. <br> STORMTECH INCORPORATED <br>   Counterclaim Defendants <br> and <br> JAMES M. NICHOLS <br> FABRI-FORM CO., INC. <br>   Third Party Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Plaintiffs Infiltrator Systems, Inc. and Stormtech, Incorporated ("Infiltrator" and "Stormtech") and Third-Party Defendant James M. Nichols ("Nichols") submit their Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to File Proposed Findings of Fact and Conclusions of Law (the "Opposition"). In support thereof, Infiltrator, Stormtech and Nichols rely upon the pleadings filed to date and state as follows:

1

1. Defendants Cultec, Inc. and Robert J. DiTullio ("Cultec" and "DiTullio", respectively) entire opposition is based upon the existence of the various pleadings setting forth the parties' respective positions in this case and their suggestion that nothing further is needed in order for this Court to rule. Opposition, p. 1 – 2.

2. Cultec and DiTullio are mistaken. Indeed, the existence of these voluminous pleadings strongly supports filing the proposed Findings of Fact and Conclusions of Law whereas doing so will allow the parties to distill their respective pleadings into a pair of documents that will assist this Court in addressing the complex, technical issues before it when and in making the Findings of Fact and Conclusions of Law required under Fed. R. Civ. P. 52(a). *In The Matter of Las Colinas, Inc.*, 426 F.2d 1005, 1008 (1st Cir. 1970) (practice of inviting counsel to submit proposed findings of fact and conclusions of law is well established as a valuable aid to decision making).

3. Cultec's and DiTullio's concern that filing proposed Findings of Fact and Conclusions of Law will further delay this matter "by triggering a series of filings, objections, and motions" is misplaced. Opposition, p. 2. Neither Fed. R. Civ. P. 52 nor the Local Rules of this Court permit a series of filings, objections or motions in response to proposed Findings of Fact and Conclusions of Law. Instead, Fed. R. Civ. P. 52(b) provides that parties may move a Court to amend its findings **after** judgment has entered. *See* Fed. R. Civ. P. 52(b). Accordingly, it is difficult to identify precisely the "filings, objections and motions" to which Cultec and DiTullio refer. It

is even more difficult to perceive how the filing of proposed Findings of Fact and Conclusions of Law will delay the resolution of this matter in any way.[1]

WHEREFORE, Stormtech, Infiltrator and Nichols respectfully request that this Court allow the within Motion on its terms and grant such other relief as it deems just and appropriate.

RESPECTFULLY SUBMITTED,
STORMTECH INCORPORATED,
INFILTRATOR SYSTEMS, INC. and
JAMES M. NICHOLS

Dated: April 14, 2004

By: _____
Michael A. Cantor, Esq. (ct05524)
Michael J. Rye, Esq. (ct18354)
Daniel E. Bruso, Esq. (ct18666)
CANTOR COLBURN, LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

## CERTIFICATE OF SERVICE

I, Daniel E. Bruso, Esquire, attorney for Plaintiffs, Counterclaim Defendants, and Third Party Defendant in the above-captioned matter, hereby certify that, on the 14th day of April, 2004, I served a true and accurate copy of the foregoing document via First Class Mail, Postage Prepaid, upon:

Stephen P. McNamara, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford Connecticut 06905-5619

_____
Daniel E. Bruso

---

[1] Infiltrator, Stormtech and Nichols specifically reserve their right to file any pleadings permitted as a matter of right and to seek leave to file such other pleadings as they may deem necessary to preserve their rights.

3