IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and<br>STORMTECH, INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>CULTEC, INC. and<br>ROBERT J. DITULLIO<br><br>Defendants | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and<br>ROBERT J. DITULLIO<br>   Counterclaimants and<br>   Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.<br>STORMTECH INCORPORATED<br>   Counterclaim Defendants<br>and<br>JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>   Third Party Defendants | |

## MOTION FOR LEAVE TO FILE
## PROPOSED FINDINGS OF FACT
## AND
## CONCLUSIONS OF LAW

Plaintiffs Infiltrator Systems, Inc. and Stormtech, Incorporated ("Infiltrator" and

"Stormtech") and Third-Party Defendant James M. Nichols ("Nichols") move this Court for

leave to file proposed Findings of Fact and Conclusions of Law addressing the issues presented

during and after the November 25, 26, 2002 hearing on the parties respective Motions for

1