176

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN -3 A 10: 58
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED )<br><br>Plaintiffs, )<br><br>vs. )<br><br>CULTEC, INC. and ROBERT J. DITULLIO )<br><br>Defendants. ) | Civil Action No. 301CV2188AWT<br><br>December 31, 2004 |

## DEFENDANTS' OBJECTION TO AND MOTION TO STRIKE PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Defendants/Counterclaimants Cultec, Inc. and Robert J. DiTullio (collectively "Defendants") hereby object to and move to strike the oppose "Plaintiff's and Third Party Defendant's Proposed Findings of Fact" and "Plaintiff's Proposed Conclusions of Law" [Docket Nos. 175] filed December 23, 2004.

Plaintiffs have previously asked Defendants whether Defendants would agree to such a filing, and Defendants did not agree. As a consequence, Plaintiffs filed a "Motion For Leave To File Proposed Findings Of Fact and Conclusions of Law" [Docket No. 172]. Defendants opposed that motion [Docket No. 173] and Plaintiff filed their Reply [Docket No. 174]. Plaintiffs' motion for leave to file their proposed findings of fact and conclusion has *not* been granted. Nevertheless, Plaintiffs have proceeded with filing of voluminous additional papers without permission from the Court.

The defendants' motion to strike is hereby DENIED. It is so ordered.
2/1/2005
Hartford, CT
Alvin W. Thompson, U.S.D.J.