UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------------x
                                       :
INFILTRATOR SYSTEMS, INC. and          :
STORMTECH, INC.,                       :
                                       :
    Plaintiffs and Counter             :
    Defendants,                        :
                                       :
v.                                     : Civ No. 3:01CV2188 (AWT)
                                       :
CULTEC, INC. and ROBERT J.             :
DiTULLIO,                              :
                                       :
    Defendants, Counter Claimants,     :
    and Third Party Plaintiffs,        :
                                       :
v.                                     :
                                       :
JAMES M. NICHOLS and FABRI-FORM        :
CO., INC.,                             :
                                       :
    Third Party Defendants.            :
                                       :
---------------------------------------x
```

**ENDORSEMENT ORDER**

The defendants' Motion for Reconsideration of Order Granting Plaintiffs' Motion In Limine to Bar any Reference to Infiltrator's Financial Condition (Doc. #165) is hereby GRANTED.

The defendants' Motion for Reconsideration of Order Granting Plaintiffs' Motion in Limine to Bar Any Reference to Defendants' Commercial Embodiment (Doc. #166) is hereby GRANTED.

Upon reconsideration, the court realizes that its marginal endorsement orders entered on September 30, 2003 were not the orders the court intended to enter. The motions at issue were submitted at the hearing and thus could not be fully briefed

prior to the hearing.  Consequently, the court concluded at the hearing that the most appropriate approach was to consider the proffered evidence for what it was worth, after considering the arguments made by counsel at the hearing.  Thus, that is what the court intended to do and will do.  Based on the foregoing, the court's intention was to have the docket reflect that the motions had been denied without prejudice because the court was considering the evidence for what it was worth.

     Accordingly, the docket should reflect that (i) Plaintiffs' Motion In Limine to Bar Any Reference to Infiltrator's Financial Condition at the Preliminary Injunction Hearing (Doc. #113) is hereby DENIED without prejudice, and (ii) Plaintiffs' and Counterclaim Defendants' Motion In Limine to Bar any Reference to Defendants' Commercial Embodiment and Memorandum in Support Thereof (Doc. #115) is hereby DENIED without prejudice.

     It is so ordered.

     Dated this 2nd day of February 2005, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge