**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------x
                                   :
INFILTRATOR SYSTEMS, INC. and      :
STORMTECH, INC.,                   :
                                   :
     Plaintiffs and Counter        :
     Defendants,                   :
                                   :
v.                                 :  Civ No. 3:01CV2188 (AWT)
                                   :
CULTEC, INC. and ROBERT J.         :
DiTULLIO,                          :
                                   :
     Defendants, Counter Claimants,:
     and Third Party Plaintiffs,   :
                                   :
v.                                 :
                                   :
JAMES M. NICHOLS and FABRI-FORM    :
CO., INC.,                         :
                                   :
     Third Party Defendants.       :
                                   :
-----------------------------------x
```

**ENDORSEMENT ORDER**

Defendants' Motion to Strike Lister Deposition and Plaintiffs' Memorandum (Doc. #155) is hereby DENIED. The court has read the Lister deposition in its entirety[1] and focused in particular on the passages identified by the defendants, at pages 3-4 of their memorandum, as improper testimony. See Defendants' Opposition to Plaintiffs' Motion for Leave to File

---

[1] The court notes that the copy of the Lister deposition attached to the Declaration of Daniel E. Bruso, Esq. (Doc. #159) is missing pages 33-38, but that a complete copy of the Lister deposition is attached to the Declaration of Stephen P. McNamara in Support of Defendants' Supplemental Post-Hearing Memorandum of Law (Doc. #157).

Supplemental Post-Hearing Memorandum or in the Alternative, Motion to Strike Lister Deposition and Plaintiffs' Memorandum (Doc. #155). The court concludes that the arguments made by the defendants border on being frivolous and that the motion to strike should be denied for substantially the reasons set forth by the plaintiffs and the third party defendants in their opposition. See Doc. #162.

    It is so ordered.

    Dated this <u>2nd</u> day of February 2005, at Hartford, Connecticut.

                                        /s/
                                 Alvin W. Thompson
                       United States District Judge