**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
----------------------------------------x
INFILTRATOR SYSTEMS, INC. and           :
STORMTECH, INC.,                        :
                                        :
     Plaintiffs and Counter             :
     Defendants,                        :
v.                                      : Civ No. 3:01CV2188 (AWT)
                                        :
CULTEC, INC. and ROBERT J.              :
DiTULLIO,                               :
                                        :
     Defendants, Counter Claimants,     :
     and Third Party Plaintiffs,        :
v.                                      :
                                        :
JAMES M. NICHOLS and FABRI-FORM         :
CO., INC.,                              :
                                        :
     Third Party Defendants.            :
----------------------------------------x
```

**ENDORSEMENT ORDER**

The court informed the parties at the last status conference, held on February 14, 2005, that it has concluded that the plaintiffs' chambers do not infringe the '151 Patent. Accordingly, the defendants' motion for reconsideration (Doc. No. 50) was GRANTED, and in light of the court's conclusion referenced above, the defendants' motion for preliminary injunction (Doc. No. 50) is hereby DENIED.

It is so ordered.

Dated this 29th day of March 2005, at Hartford, Connecticut.

                              /s/
                        Alvin W. Thompson
                    United States District Judge