IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 301CV2188AWT |
| vs. | ) ) | |
| CULTEC, INC. and ROBERT J. DITULLIO | ) ) ) | April 14, 2005 |
| Defendants. | ) ) | |

## NOTICE OF APPEAL
## TO THE COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Defendants Cultec, Inc. and Robert J. DiTullio (collectively "Defendants") hereby appeal to the United States Court of Appeals for the Federal Circuit from the Endorsement Orders dated March 29, 2005 [Docket Nos. 185, 186] denying Defendants' motions for preliminary injunction [see Docket Nos. 14, 15, 16, 50, 71, 114, 116, 117-120], and all rulings and orders supporting the denial of Defendant's motions for preliminary injunction.

Respectfully submitted,

_____
Stephen P. McNamara, (ct 01220)
Steven Simonis (ct 22777)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT  06905
Tel. (203) 324-6155
Fax (203) 327-1096

Attorneys for Defendants
CULTEC, INC. and
ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

## NOTICE OF APPEAL
## TO THE COURT OF APPEALS FOR THE FEDERAL CIRCUIT

is being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs, by depositing the same with the U.S. Postal Service, in envelopes addressed to:

>   Michael Rye
>   Cantor Colburn LLP
>   55 Griffin Road South
>   Bloomfield, CT 06002

Date: April 14, 2005

_____
Carrie A. Csizmadia