IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>CULTEC, INC. and ROBERT J. DITULLIO<br><br>Defendants | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and ROBERT J. DITULLIO<br>    Counterclaimants and<br>    Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.<br>STORMTECH INCORPORATED<br>    Counterclaim Defendants and<br><br>JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>    Third Party Defendants | |

## PLAINTIFFS AND COUNTERCLAIM DEFENDANTS, INFILTRATOR SYSTEMS, INC. AND STORMTECH INCORPORATED AND THIRD PARTY DEFENDANT, JAMES M. NICHOLS, MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Now comes the PlaintiffS and Counterclaim Defendants, Infiltrator Systems, Inc. (hereinafter "Infiltrator") and Stormtech Incorporated (hereinafter "Stormtech") and Third Party Defendant, James M. Nichols, and moves this Honorable Court to enter judgment as a matter of

1        **ORAL ARGUMENT REQUESTED**

law with respect to Plaintiffs' causes of action for non-infringement of Robert DiTullio's patent, and with respect to Count 1 of Cultec and DiTullio's Counterclaims and Third-Party Complaint. The Court has indicated that it intends to adopt Plaintiffs' proposed claim construction for U.S. Patent No. 5,087,151. Because the claim construction requires an infringing chamber to include a number of elements that are not present in the accused device, Plaintiffs are entitled to judgment as a matter of law.

Plaintiffs' further move this Honorable Court to enter a judgment that the Plaintiffs are entitled to its attorneys fees under 35 U.S.C. § 285.

As grounds therefore, Plaintiff and Counterclaim Defendants Infiltrator Systems, Inc. and Stormtech Incorporated and Third Party Defendant, James M. Nichols, rely on the accompanying Memorandum of Law in Support of Summary Judgment of Non-Infringement and the accompanying Local Rule 56(a)(1) Statement.

RESPECTFULLY SUBMITTED,
STORMTECH INCORPORATED,
INFILTRATOR SYSTEMS, INC. and
JAMES M. NICHOLS

Dated: April 28, 2005

By: /s/ Michael A. Cantor
Michael A. Cantor, Esq. (ct05524)
Michael J. Rye, Esq. (ct18354)
Daniel E. Bruso, Esq. (ct18666)
CANTOR COLBURN, LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

## CERTIFICATE OF SERVICE

I, Michael J. Rye, Esquire, attorney for Plaintiffs in the above-captioned matter, hereby certify that, on the 2**__** day of April 2005, I served a true and accurate copy of PLAINTIFFS AND COUNTERCLAIM DEFENDANTS, INFILTRATOR SYSTEMS, INC. AND STORMTECH INCORPORATED'S, MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT, via first class mail, postage prepaid, upon:

Stephen P. McNamara
Steven B. Simonis, Esquire
St.Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford Connecticut 06905-5619

_____
Michael J. Rye