**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED )<br><br>Plaintiffs, )<br><br>vs. )<br><br>CULTEC, INC. and ROBERT J. DITULLIO )<br><br>Defendants ) | Civil Action No. 301CV2188AWT |

INFILTRATOR SYSTEMS, INC. and
STORMTECH, INCORPORATED                    )
                                           )
         Plaintiffs,                       )
                                           )        Civil Action No. 301CV2188AWT
         vs.                               )
                                           )
CULTEC, INC. and                           )
ROBERT J. DITULLIO                         )
                                           )
         Defendants                        )
_____ )
CULTEC, INC. and                           )
ROBERT J. DITULLIO                         )
         Counterclaimants and              )
         Third Party Plaintiffs            )
                                           )
v.                                         )
                                           )
INFILTRATOR SYSTEMS, INC.                  )
STORMTECH INCORPORATED                     )
         Counterclaim Defendants           )
and                                        )
JAMES M. NICHOLS                           )
FABRI-FORM CO., INC.                       )
         Third Party Defendants            )
_____ )

**LOCAL RULE 56(a)(1) STATEMENT**

The Plaintiffs, Infiltrator Systems, Inc. and Stormtech, Inc., and the Third Party

Defendant, James M. Nichols, hereby submit their Local Rule 56(a)(1) Statement of undisputed

facts in support of their Motion for Summary Judgment of Non-Infringement.  The exhibits

referenced herein are attached to Plaintiff's Motion for Summary Judgment. There is no genuine issue with respect to the following material facts:

1.      Infiltrator Systems, Inc. ("Infiltrator") and Stormtech, Inc. ("Stormtech") make and sell drainage chambers for use in septic and storm water drainage applications. Drainage chambers are sometimes known as drainage galleries. The Declaration of Bryan Coppes, ("Coppes Declaration") Exh. 2, ¶ 4.

2.      Drainage chambers are underground structures used to direct the flow of wastewater or storm water and are typically found in leach fields of septic systems or in applications where storm water must be directed away from buildings, parking lots or other structures. *Id.* at ¶ 5. Robert J. DiTullio is the owner and named inventor of United States Patent No. 5,087,151, entitled "Drainage System", which issued on February 11, 1992 (the "151 Patent"). Exh. 3, p 1.

3.      The invention disclosed in the `151 Patent comprises a chamber used for storm and waste water management. *Id.* at Col. 1, ll 8-12.

4.      Infiltrator and Stormtech have sold old versions and new versions of their drainage galleries. Coppes Declaration, Exh. 2, ¶¶ 9-12.

5.      There is an old version and a new version of the Infiltrator 3050 Chamber. *Id.* at ¶ 10.

6.      Stormtech's older drainage chambers are known as the 770 Chamber and 440 Chamber. *Id.* at ¶ 11.

7.      The old version of the Infiltrator 3050 Chamber and the Stormtech 770 Chamber

are substantially identical. *Id.* at ¶ 12.

8.      The old version of the Infiltrator 3050 Chamber and the Stormtech 770 Chamber are also identical to the Stormtech 440 Chamber, excepting only that the Stormtech 440 Chamber is 20 inches in height, while the old 3050 Chamber and 770 Chamber are 30 inches in height. The old version of the Infiltrator 3050 Chamber, the Stormtech 770 Chamber and Stormtech 440 Chamber are collectively referred to hereinafter as the "Old Chambers". *Id.* at ¶¶ 12-13

9.      Each of the Old Chambers includes an open end and a closed end. *Id.* at ¶ 16.

10.     The closed end of the Old Chambers includes a semicircular aperture at the bottom edge of the closed end. The semicircular aperture allows for liquid or effluent to seep from one chamber to another. *Id.* at ¶ 17.

11.     Old Chambers are corrugated. Old Chambers are connected together by placing a corrugated rib on the open end of a first Old Chamber over a smaller corrugated rib on the closed end of a second Old Chamber. *Id.* at ¶ 18.

12.     One of the benefits of the Old Chambers is that they do not require an internal distribution pipe. Accordingly, the closed end of the Old Chambers does not include an opening sized to accept a drainpipe. *Id.* at ¶ 19-20.

13.     The first chamber in a row of Old Chambers may include an end plate attached to the open end of the Old Chambers. Neither Infiltrator nor Stormtech cut holes in the end plates, whether to accommodate pipes or otherwise. However, the contractor installing Old Chambers can cut a hole for an inlet pipe in the end plate. *Id.* at ¶ 21.

14.     When the chambers are attached, the open end of the first chamber goes over the

closed end of the second chamber. Similarly, when using an end plate, the open end of the first chamber goes over the end plate. It is therefore impossible to connect the open end of the first chamber to the closed end of the second chamber if there is an end plate on the open end of the first chamber. *Id.* at ¶ 22.

15.    The inlet pipe terminates at or near the end plate. It does not continue through to the closed end of the Old Chamber. The inlet pipe neither enters nor passes through any of the other chamber in the row. Accordingly, there is no need to cut a hole in the closed end of the Old Chambers. *Id.* at ¶¶ 23-24.

16.    The end plates that may be attached to the open end of the Old Chambers do not have holes or apertures of any type whatsoever. Second Declaration of Bryan Coppes, Exh. 7, ¶ 9.

17.    The Old Chambers do not presently and never have incorporated lugs, notches, step to support members of vertical support walls, whether to prevent spreading of adjoining chambers once latched together, to prevent deformation of the arch-shaped chamber or for any other reason. *Id.* at ¶ 10.

18.    The end walls in the Old Chambers were never intended to inhibit spreading of the Old Chamber. The end walls are a byproduct of the process used to manufacture the Old Chambers. As part of the manufacturing process, Stormtech and Infiltrator cut off one end wall to create the open end of the Old Chamber. The other end wall is left in place, not to prevent spreading, but because it is less expensive to leave the end wall in place than it is to remove it. *Id.* at ¶ 11.

-4-

19.     Infiltrator and Stormtech have tested Old Chambers to determine whether the end wall prevents the chamber from spreading.  The tests were preformed by:

>   Placing a series of increasing loads on the open end of an Old Chamber;
>
>   Measuring the spread at the open end of the Old Chamber;
>
>   Placing a series of increasing loads in the closed end of an Old Chamber;
>
>   Measuring the spread at the closed end of the Old Chamber;
>
>   Plotting the results on a graph; and
>
>   Comparing the deformations at the open and closed ends of the Old Chambers.
>
>   *Id.* at ¶ 12.

20.     The aforementioned tests were preformed at temperatures of 60° Farenheit, 140° Farenheit and 180° Farenheit in order to determine whether the end wall prevented spreading at some temperatures, but not at others.  *Id.*  at ¶ 13.

21.     Based upon the results of the test, Infiltrator and Stormtech determined that the end wall does not prevent spreading of the Old Chambers in any meaningful way.  *Id.* at ¶ 14.

22.     Stormtech and Infiltrator have developed new versions of the Old Chambers. Infiltrator's new chamber is the Infiltrator 3050 Chamber (the "New 3050 Chamber"). Stormtech's New Chamber is the Stormtech 740 Chamber.  Coppes Decl., Exh. 2, ¶ 25.

23.     The New 3050 Chamber and the Stormtech 740 Chamber are dimensionally identical.  *Id.* at ¶ 26.

24.     Stormtech has also developed a chamber known as the Stormtech 310 Chamber. The Stormtech 310 Chamber is substantially identical to the New 3050 Chamber and the

Stormtech 740 Chamber except that the Stormtech 310 Chamber is 16 inches in height, while the New 3050 Chamber and Stormtech 740 Chamber are both 30 inches in height. *Id.* at ¶ 27. The New 3050 Chamber, the Stormtech 740 Chamber and the Stormtech 310 Chamber are collectively referred to hereinafter as the "New Chambers".

25.     The New Chambers are injection molded. The Old Chamber were vacuum molded. *Id.* at ¶ 30.

26.     Each New Chamber comprises an elongated main body portion having a rounded configuration and a series of spaced ribs. *Id.* at ¶ 31.

27.     The radius of the rib at one end of each New Chamber is smaller then the radius of the remaining ribs, thereby allowing the Chambers to be interlocked in an end-to-end relationship. *Id.* at ¶ 32.

28.     An important distinction between the Old Chambers and the New Chambers is that the New Chambers do not have a closed end. Instead, both ends of the New Chambers are open. *Id.* at ¶ 33.

29.     The New Chambers are installed by laying out rows of New Chambers in a drain field and connecting them as described above. *Id.* at ¶ 34.

30.     All of the New Chambers in the drain field are identical except that the first and last Chambers in each row have end plates installed. *Id.* at ¶ 35.

31.     The end plates do not have inlet pipe holes. *Id.* at ¶ 36.

32.     The contractors (not Infiltrator or Stormtech) typically cut holes in to the end plate to provide an opening to insert an inlet pipe. *Id.* at ¶ 37.

33.     Like the Old Chambers, the inlet pipe terminates at or near the end plate.  The inlet pipe does not pass through the chamber wall pass into subsequent chambers. *Id*. at ¶ 38.

34.     Intermediate chambers displayed between the first and last chambers are open on both ends to allow for a free flow of effluent or liquid. *Id*. at ¶ 39.

35.     Neither the Old Chambers nor the New Chambers have a latching system associated with the closed end of the chamber.  Indeed, all but the first and last New Chambers in a row are open on both ends, with the first and last chambers having an end plate.  The end plates are on the end opposite the end that adjoins the next chamber.  *Id*. at ¶ 40.

36.     None of Infiltrator's and Stormtech's Old Chambers or New Chambers use lugs or stepped support members to prevent the chambers from spreading.  *Id*. at ¶ 41.

RESPECTFULLY SUBMITTED
INFILTRATOR SYSTEMS, INC.
STORMTECH, INCORPORATED
And JAMES M. NICHOLS

Dated: 4/28/05              By: _____
                                Michael J. Rye, Esq. (ct 18354)
                                Daniel E. Bruso, Esq. (ct 18666)
                                CANTOR COLBURN, LLP
                                55 Griffin Road South
                                Bloomfield, CT 06002
                                (860) 286-2929 (Telephone)
                                (860) 286-0115 (Telecopier)

## CERTIFICATE OF SERVICE

I, Michael J. Rye, Esquire, attorney for Plaintiffs in the above-captioned matter, hereby certify that, on the ___28___ day of April, 2005, I served a true and accurate copy of the foregoing LOCAL RULE 56(a)(1) STATEMENT, via Federal Express, upon:

Stephen P. McNamara
Steven B. Simonis, Esquire
St.Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford Connecticut 06905-5619

_____
Michael J. Rye

-8-