IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and ) <br> STORMTECH, INCORPORATED ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CULTEC, INC. and ) <br> ROBERT J. DITULLIO ) <br> ) <br> Defendants ) | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and ) <br> ROBERT J. DITULLIO ) <br> Counterclaimants and ) <br> Third Party Plaintiffs ) <br> ) <br> v. ) <br> ) <br> INFILTRATOR SYSTEMS, INC. ) <br> STORMTECH INCORPORATED ) <br> Counterclaim Defendants and ) <br> ) <br> JAMES M. NICHOLS ) <br> FABRI-FORM CO., INC. ) <br> Third Party Defendants ) | |

## DECLARATION OF MICHAEL J. RYE

I, Michael J. Rye, Esq., under oath, depose and say as follows:

1. My name is Michael J. Rye, I am counsel to Plaintiffs and Counterclaim Defendants, Infiltrator Systems, Inc. and Stormtech Incorporated and James M. Nichols, Third Party Defendant, in the above captioned matter.

2. I hereby certify that the following are true and accurate copies of exhibits to Plaintiff and Counterclaim Defendants Infiltrator Systems Inc. and Stormtech Incorporated and Third Party Defendant, James M. Nichols Memorandum in Support of Summary Judgment of Non-Infringement.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of the Verified First Amended Complaint for Declaratory Judgment, Damages and Injunctive Relief and Demand for Jury Trial dated December 24, 2001, Civil Action No. 301CV2188AWT.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of a Declaration of Bryan A. Coppes dated February 18, 2002.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of United States Patent No. 5,087,151.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of Verified Complaint for Declaratory Judgment, Damages and Injunctive Relief and Demand for Jury Trial dated November 21, 2001, Civil Action No. 301CV2188AWT.

7. Attached hereto as **Exhibit 5** is a true and accurate copy of Counterclaims and Third Party Complaint of Defendant dated January 29, 2002, Civil Action No. 3:01CV2188(AWT).

8. Attached hereto as **Exhibit 6** is a true and accurate copy of a Stipulation of Dismissal of claims against Fabri-Form Co., Inc. dated January 7, 2003.

9. Attached hereto as **Exhibit 7** is a true and accurate copy of the Second Declaration of Bryan A. Coppes dated September 20, 2002.

Signed and sworn to under the pains and penalties of perjury this 28 day of April, 2005.

Date: 4/28/05

_____
Michael J. Rye