UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---------------------------------------------------:
Infiltrator Systems, Inc. and  :
Stormtech, Incorporated  :
    Plaintiffs,  :    Case No. 3:01CV2188 (AWT)
v.  :
  :
Cultec, Inc., and .  :    Date:  May 11, 2005
Robert J. DiTullio  :
    Defendants  :
---------------------------------------------------:

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO OPPOSE PLAINTIFFS' SUMMARY JUDGMENT MOTION

Defendants, Cultec, Inc. and Robert J. DiTullio hereby move the Court for an extension of time to submit its opposition to or otherwise respond to Plaintiffs Motion for Summary Judgment of Noninfringement, to and including 30 days after the date Defendants' concurrently filed Motion to Stay Proceedings is ruled on by the Court (and if a stay is granted, then to a date to be decided after the stay is lifted).

Defendants filed a Notice of Appeal in this case on April 18, 2005; Plaintiffs filed their Motion for Summary Judgment of Noninfringement on April 28, 2005. Defendants have filed concurrently with this motion a stay proceedings pending the appeal. As argued in Defendants' Motion to Stay Proceedings, further proceedings in the district court as to the issues to be decided in the appeal should be stayed pending the outcome of the appeal. Therefore, this extension of time is sought to allow consideration and decision on the motion to stay before burdening Defendants with responding to Plaintiffs' summary judgment motion.

This is the first such motion for extension of time.

The undersigned counsel has inquired of counsel for plaintiffs and plaintiffs do not consent to this motion.

WHEREFORE, Defendants respectfully request that the Court grant this motion and allow Defendants an extension of time to submit its opposition to or otherwise respond to Plaintiffs Motion for Summary Judgment of Noninfringement, to and including 30 days after the date Defendants' concurrently filed Motion to Stay Proceedings is ruled on by the Court, or if a stay is granted, then grant an extension of time to a date to be decided after the stay is lifted.

Respectfully submitted,

_____
Stephen P. McNamara, (ct 01220)
Steven Simonis (ct 22777)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT 06905
Tel. (203) 324-6155
Fax (203) 327-1096

Attorneys for Defendants
CULTEC, INC. and
ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

### DEFENDANTS' MOTION FOR AN EXTENSION OF
### TIME TO OPPOSE PLAINTIFFS' SUMMARY JUDGMENT MOTION

s being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs, by email, and by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: May 10, 2005

_____
Stephen P. McNamara