

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------:
Infiltrator Systems, Inc.  and                 :
Stormtech, Incorporated                        :
           Plaintiffs,                         :        Case No. 3:01CV2188 (AWT)
v.                                             :
                                               :
                                               :
Cultec, Inc., and .                            :        Date:  May 11, 2005
Robert J. DiTullio                             :
           Defendants                          :
-----------------------------------------------:
```

## DEFENDANTS' MOTION TO STAY PROCEEDINGS
## PENDING APPEAL
## AND MEMORNADUM IN SUPPORT OF MOTION

Defendants, Cultec, Inc. and Robert J. DiTullio hereby move this Court for a stay

of this action, or alternatively, a stay of all proceedings relating to the Endorsement

Orders dated March 29, 2005 [Docket Nos. 185, 186] denying Defendants' motions for

preliminary injunction [see Docket Nos. 14, 15, 16, 50, 71, 114, 116, 117-120] and any

further rulings and orders relating to the subject matter of such rulings, pending

Defendants' appeal to the Court of the Appeals for the Federal Circuit as to the denial of

preliminary injunction.  Plaintiffs,  Infiltrator Systems, Inc. and Stormtech, Incorporated

("Plaintiffs") do not consent to this motion.

The Court issued its Endorsement Orders dated March30, 2005 ruling in which the

Court "concluded that the plaintiffs' chambers do not infringe the '151 patent" and that

"the defendants' supplemental motion for preliminary injunction (Doc. No. 71) is hereby DENIED." Thereafter, on April 18, 2005 Defendants filed a Notice of Appeal to the Court of Appeals for the Federal Circuit of this Order. Plaintiffs then filed Plaintiffs' Motion for Summary Judgment of Noninfringement on April 29, 2005. The present motion to stay seeks a stay of activity as to the summary judgment motion and other related issues pending the outcome of the appeal.

Defendants seek a stay of the entire action pending appeal, or, at minimum, a stay of proceedings related to the issues of the appeal, specifically the issues of claim interpretation and infringement that were presented in Defendants' motion for preliminary injunction.

The filing of a notice of appeal divests the district court of jurisdiction over those aspects of the case which are involved in the appeal. *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58, 103 S.Ct. 400, 74 L.Ed.2d 225 (1982). After filing of a notice of appeal, the district court should not take any action that would alter the status of the case as it rests before the circuit court, including ruling on a motion for summary judgment. 20 Moore's Federal Practice, §303.32[2][a][ii]. See *New York v. NRC*, 550 F.2d 745, 758-759 (2d Cir. 1977).

A stay pending appeal is appropriate in this case because the issues of claim construction and infringement in issue in the appeal are the same as the substantive issues presented in Plaintiffs' Motion For Summary Judgment.

Defendants submit that, depending upon the appeal decision, decisions in this case relating to the issues of infringement may become moot depending upon the decision of

the Court of Appeals for the Federal Circuit. It would be a waste of judicial resources and the parties' resources to consider Plaintiff's Motion For Summary judgment now, and then re-consider it after the appeal is completed.

There is no injunction in place, so the stay of proceedings requested by Defendants pending the outcome of the appeal cannot harm the Plaintiff. A stay of proceedings will allow the parties to proceed with at least some degree of certainty with respect to the issues on appeal.

Accordingly, Defendants' respectfully submit that any further proceedings in this Court, especially with regard to the issues of claim interpretation and infringement on appeal, should be stayed pending the outcome of the appeal.

Respectfully submitted,

_____

Stephen P. McNamara, (ct 01220)
Steven Simonis (ct 22777)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT  06905
Tel. (203) 324-6155
Fax (203) 327-1096

Attorneys for Defendants
CULTEC, INC. and
ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

## DEFENDANTS' MOTION TO STAY PROCEEDINGS
## PENDING APPEAL
## AND MEMORNADUM IN SUPPORT OF MOTION

s being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs, by email, and by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: May 10 , 2005

Stephen P. McNamara

- 4 -