UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---

Infiltrator Systems, Inc. and
Stormtech, Incorporated
    Plaintiffs,
v.

Cultec, Inc., and .
Robert J. DiTullio
    Defendants

Case No. 3:01CV2188 (AWT)

Date: June 21, 2005

---

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING APPEAL, AND ALTERNATIVE MOTION FOR LEAVE TO FILE SUR-SURREPLY MEMORANDUM IN RESPONSE TO PLAINTIFFS' SURREPLY MEMORANDUM**

Defendants oppose Plaintiffs' Motion For Leave to File Surreply Memorandum of Law In Opposition to Defendants' Motion to Stay Proceedings Pending Appeal because: (1) Plaintiffs seek to cite new cases that could have been included in Plaintiffs' original Opposition, and Defendants have not been given leave to respond to their new filing; and (2) Plaintiffs are only resubmitting arguments already presented to the Court. If the Court grants Plaintiffs' motion for leave to file Plaintiffs' Surreply, Defendants move this Court to grant Defendants leave to file a Sur-surreply to address Plaintiffs' newly added cases and arguments.

In their proposed SurReply, Plaintiffs have newly cited and rely on *Standard Havens Products, Inc. v. Gencor Industries, Inc.*, 897 F.2d 511 (Fed. Cir. 1990), and further cite *E.I. DuPont de Nemours & Co. v. Phillips Petroleum*, 835 F.2d 277 (Fed. Cir. 1987), and *Digital Communications Network, Inc. v. AB Cellular Holding LLC*, 1999 WL 1044234 (C.D.Cal. August 19, 1999). Plaintiffs had every opportunity to cite these cases in Plaintiffs' Opposition. Plaintiffs did not do so, and now seek to insert additional arguments and cases into their briefs in such a manner that Defendants are prevented from addressing the factual and legal inaccuracies of Plaintiffs' arguments.

In addition, Plaintiffs continue to cite cases dealing with motions for stay of an issued preliminary injunction or a stay relating to a denial of a preliminary injunction. Nowhere have Plaintiffs cited a case relating to a **stay of proceedings** pending the outcome of an appeal as in the present case as opposed to cases involving a stay of an injunction pending appeal. As Defendants have not been given the opportunity to address Plaintiffs' new arguments, Defendants oppose Plaintiffs' request for leave to file a Surreply, and request the Court to deny Plaintiffs' Motion for leave to file Plaintiffs' Surreply.

Alternatively, if the Court grants Plaintiffs' Motion, Defendants move the Court to allow Defendants the opportunity to address Plaintiffs' newly cited cases and arguments in a Sur-Surreply.

Respectfully submitted,

_____
Stephen P. McNamara, (ct 01220)
Steven Simonis (ct 22777)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT  06905
Tel. (203) 324-6155
Fax (203) 327-1096

Attorneys for Defendants
CULTEC, INC. and ROBERT J. DITULLIO

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING APPEAL, AND ALTERNATIVE MOTION FOR LEAVE TO FILE SUR-SURREPLY MEMORANDUM IN RESPONSE TO PLAINTIFFS' SURREPLY MEMORANDUM**

is being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs, by email, and by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: June 21st, 2005

_____
Stephen P. McNamara

- 4 -