UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------x
                                     :
INFILTRATOR SYSTEMS, INC. and        :
STORMTECH, INC.,                     :
                                     :
    Plaintiffs and Counter           :
    Defendants,                      :
                                     :
v.                                   :  Civ No. 3:01CV2188 (AWT)
                                     :
CULTEC, INC. and ROBERT J.           :
DiTULLIO,                            :
                                     :
    Defendants, Counter Claimants,   :
    and Third Party Plaintiffs,      :
                                     :
v.                                   :
                                     :
JAMES M. NICHOLS and FABRI-FORM      :
CO., INC.,                           :
                                     :
    Third Party Defendants.          :
                                     :
-------------------------------------x
```

**ENDORSEMENT ORDER**

On March 21, 2006, the United States Court of Appeals for the Federal Circuit dismissed the defendants' appeal of this court's denial of the defendants' motion for a preliminary injunction.

Accordingly, the Defendants' Motion to Stay Proceedings Pending Appeal (Doc. No. 193) is hereby DENIED, as moot, and plaintiffs' Motion for Leave to File Surreply Memorandum of Law in Opposition to Defendants' Motion to Stay Proceedings Pending Appeal and Defendants' Motion for An Extension of Time to Oppose Plaintiffs' Summary Judgment Motion (Doc. No. 196) is hereby

DENIED, as moot.

Also, the Defendants' Motion For an Extension of Time to Oppose Plaintiffs' Summary Judgment Motion (Doc. No. 192) is hereby GRANTED.  The defendants shall file their opposition to the plaintiff's motion for summary judgment by no later than May 1, 2006.

It is so ordered.

Dated this 31st day of March 2006 at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge
