UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---

Infiltrator Systems, Inc. and :
Stormtech, Incorporated :
    Plaintiffs, :  Case No. 3:01CV2188 (AWT)
v. :
 :
Cultec, Inc., and . :  Date: April 18, 2006
Robert J. DiTullio :
    Defendants :

---

## NOTICE OF APPEARANCE FOR JAMES P. JEFFRY

Please enter the appearance of James P. Jeffry, ct25368, of the law firm of ST.ONGE STEWARD JOHNSTON & REENS LLC, 986 Bedford Street, Stamford, Connecticut 06905-5619, Telephone (203) 324-6155, Facsimile (203) 327-1096, Email: jpj@ssjr.com, on behalf of Cultec, Inc. and Robert J. DiTullio, Defendants, in the above referenced matter.

Date: 4/18/06

         */s/ James P. Jeffry*
         James P. Jeffry, ct25368
         ST. ONGE STEWARD JOHNSTON & REENS LLC
         986 Bedford Street
         Stamford, Connecticut 06905-5619
         Telephone: (203) 324-6155
         Facsimile: (203) 327-1096
         Email: jpj@ssjr.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE for JAMES P. JEFFRY was mailed by first class mail, postage prepaid, to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

_4/18/06_
Date