UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---

Infiltrator Systems, Inc. and
Stormtech, Incorporated,

    Plaintiffs,

v.

Cultec, Inc., and
Robert J. DiTullio,

    Defendants.

Case No. 3:01CV2188 (AWT)

---

## DECLARATION OF ROBERT J. DITULLIO IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Robert J. DiTullio, hereby declare as follows:

1. Cultec, Inc. and I (collectively, "Cultec") are the counterclaimants and declaratory defendants in this lawsuit. I submit this declaration in opposition to the summary judgment motion of Infiltrator Systems, Inc. and Stormtech, Incorporated (collectively, "Infiltrator").

2. I have been active in the water drainage industry for over 20 years. My experience includes the design, sales, installation and servicing of water drainage systems, including systems that feature a series of interconnecting chambers, sometimes called galleries.

3. I am the inventor of United States Patent No. 5,087,151 entitled "Drainage System" (the "'151 patent"). A copy of the '151 patent is submitted as Defendants' Summary Judgment Appendix ("App.") Exhibit A1, at pages A1-A13.

The '151 patent relates to drainage galleries or chambers that help get water, such as stormwater runoff or household septic outflow, into the ground.

4. Although the '151 patent discloses several different embodiments, the embodiment at issue in this case is the one disclosed in Figures 12-14 of the '151 patent, in which the plastic chambers have one open end and one closed end, and a plurality of corrugated ribs. The closed end of the chamber has an end wall that supports the arch shape of the corrugated chamber. The corrugated rib at the closed end of the chamber is sized to be smaller than the other ribs, so that the open end of a second chamber can be overlaid on the closed end of the first chamber, with the larger rib of the open end of the second chamber being seated onto the smaller rib at the closed end of the first chamber. [*See* App. at A9-10, Col. 3, lines 18-29 and Col. 5, lines 48-65]. In this way, a row of chambers may be quickly installed together and have the benefit of the closed end wall providing structural support for the series of chambers at each overlapping connection between chambers.

5. I am familiar with Infiltrator's water drainage products that are at issue in this litigation. The only products Cultec accuses of infringing the '151 patent in this lawsuit are Infiltrator's old chambers, namely the old 3050 Chamber, the old 770 Chamber and the smaller old 440 chamber (collectively, the "Old Chambers").

6. Cultec asserts that Infiltrator has infringed claims 11 and 16 of the '151 patent by making, using, offering to sell and selling the Old Chambers and by inducing customers to infringe claims 11 and 16 of the '151 patent through the directions, instructions and other information regarding the Old Chambers that Infiltrator has provided to builders, installers, designers, distributors, customers and others.

7. We have two examples of Infiltrator's old 3050 chambers that infringe my patent. Photographs of the Old Chambers are submitted at App. pages A32-A37.

8. Two Infiltrator old 3050 chambers are shown side by side in the foreground of the photograph at App. page 32. The closed end wall of the old 3050 chamber is clearly visible in the chamber on the left in the photo. An opening, sometimes called a mousehole, or transfer opening, is visible in the closed end wall of the chamber shown on the left. This opening can be used or enlarged to accommodate a drain pipe. One of Cultec's sales representatives has seen Infiltrator Old Chambers in the field in Massachusetts, where he saw a drain pipe passing through this enlarged opening.

9. At the upper end of the closed end wall of the Infiltrator old Chambers there are three concentric circular cutaway zones. This zone is formed in the end wall to induce a contractor installing the chambers to cut an opening in this zone if needed to install an inlet pipe to feed water into the row of chambers. This cutaway zone feature is the same as the cutaway zone feature found in the Cultec chambers (the striped chambers which are shown in the background of the photo). Contractors are aware that the concentric series of partial circle shapes on the end wall indicate the location where an opening should be made to insert an inlet feedpipe.

10. A series of photographs at App. pages A33-37 shows the steps of assembling together two Infiltrator old 3050 chambers. In the first photograph, App. page A33, an open end of an Infiltrator Old Chamber is on the right, and a closed end of a separate Infiltrator Old Chamber is on the left. In the second photograph on App. page A34, the same two chambers are visible. On both this page and the prior page,

the cutaway zones are visible. In a third and fourth photograph on App. pages A35 and A36, I am demonstrating how the open end of the Old Chamber on the right is overlapped onto the closed end of the Old Chamber on the left, with the rib of the open end of the Old Chamber on the right latching and engaging the rib on the closed end of the Old Chamber on the left. In the last photograph at App. page A 37, the two Infiltrator Old Chambers are fitted together in an end to end relationship with the end wall of the Old Chamber on the left providing support to both the left and right Old Chambers.

      11.     Based upon my observations of the Old Chambers and my extensive experience with drainage chambers and systems for over 20 years, I believe that the end walls of Infiltrator's Old Chambers give support to the Old Chambers, including support in a vertical direction that will help prevent lateral spreading of the chamber side walls in the vicinity of the end wall.

      12.     Based upon my observations of the Old Chambers and my extensive experience with drainage chambers and systems for over 20 years, it is also clear that Infiltrator's Old Chambers have an opening located on the end walls and further that Infiltrator has designed the end walls so that contractors will make an opening in the end wall in the circular cutaway zones for inlet pipes if needed.

      13.     Infiltrator sells an endplate for installation at the open end of a row of interconnected Old Chambers to close the row of chambers. Based upon my observations of the Old Chambers and my extensive experience with drainage chambers and systems for over 20 years, I believe that the endplates in Infiltrator's Old Chambers give support to the Old Chambers, including support in a vertical direction

that will help prevent lateral spreading of the chamber side walls in the vicinity of the end wall.

14.   I am familiar with Infiltrator's sales brochures and installation instructions for its Old Chambers. Two examples of the Infiltrator brochure and instructions for the Old 3050 Chambers called "The Infiltrator 3050 Chamber for Massachusetts Septic Applications" are submitted at App. pages A26-31.

15.   In the Old Chamber brochure and manual called "The Infiltrator 3050 Chamber for Massachusetts Septic Applications" submitted at App. page A27, Infiltrator directs builders and installers using Infiltrator's Old Chambers that one of the requirements for attaching the endplate is:

> 1. With a hole saw or utility knife, cut an opening for the inlet pipe at an invert of 24". Hole size will depend on the size of pipe used.

Infiltrator is instructing builders and installers of its Old Chambers to cut holes in the old Chamber end plates into which a drain pipe will be placed. Infiltrator then also directs the builders and installers of Infiltrator's Old Chambers that one requirement for installing the Old Chambers is to:

> 4. Insert the inlet pipe into the cut pipe opening of the endplate.

Infiltrator is directing builders and installers of Infiltrator's Old Chambers, through Infiltrator's installation instructions, to cut the old Chamber endplate to accommodate a drain pipe and then to insert the drain pipe into the hole in the Old Chamber endplate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2006

*Robert J. DiJulio, Jr. /CEO*