UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---

Infiltrator Systems, Inc. and
Stormtech, Incorporated,

      Plaintiffs,

v.

Cultec, Inc., and .
Robert J. DiTullio,

      Defendants.

Case No. 3:01CV2188 (AWT)

---

## DECLARATION OF STEPHEN P. MCNAMARA IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Stephen P. McNamara declare as follows:

1. I am counsel to Defendants/Plaintiffs-in-Counterclaim Cultec, Inc. and Robert J. DiTullio in the above-captioned matter.

2. Defendants' Summary Judgment Appendix submitted herewith contains true and correct copies of documents and exhibits as follows:

| Ex No. | Page No. | Description |
|---|---|---|
| A1 | A1-A13 | DiTullio, U.S. Patent 5,087,151 |
| A2 | A14-A23 | Photos of sections of the Stormtech 770 chamber (an "Old Chamber") |
| A3 | A24-A25 | Stormtech Installation Instructions for Stormtech 770 chamber |
| A4 | A26-A27 | Infiltrator 3050 Brochure and Installation Instructions (Injunction Hearing Exhibit 519) |
| A5 | A28-A31 | Infiltrator 3050 Brochure and Installation Instructions (Injunction Hearing Exhibit 520) |

| *Ex No.* | *Page No.* | *Description* |
|---|---|---|
| A6 | A32 | Photo with Infiltrator 3050 chambers in front and Cultec chambers in rear (Injunction Hearing Exhibit 522) |
|  | A33 | Photo with Infiltrator 3050 chambers (Injunction Hearing Exhibit 523A) |
|  | A34 | Photo with Infiltrator 3050 chambers (Injunction Hearing Exhibit 523B) |
|  | A35 | Photo with Infiltrator 3050 chambers showing step of assembling two chambers together by overlapping rib (Injunction Hearing Exhibit 523C) |
|  | A36 | Photo with Infiltrator 3050 chambers showing step of assembling two chambers together by overlapping rib (Injunction Hearing Exhibit 523E) |
|  | A37 | Photo with Infiltrator 3050 chambers two chambers assembled with overlapping rib (Injunction Hearing Exhibit 523F) |
| A7 | A38-A43 | June 15, 2000 Letter from Atty. Robert Ware to Infiltrator enclosing copy of DiTullio '151 patent (Injunction Hearing Exhibit 525) |
| A8 | A44-A61 | Plaintiffs'/Defendants'-In-Counterclaim Infiltrator Systems, Inc. and StormTech, Incorporated and Third Party Defendant James M. Nichols Answers To Cultec's First Set of Interrogatories Dated April 8, 2002 (Injunction Hearing Exhibit 534) |
| A9 | A62-A84 | Declaration of Chris DiTullio |
| A10 | A0660-A0946 | Prosecution file history of DiTullio, U.S. Patent 5,087,151 |
| A11 | A1670-A2024 | Excerpts of Transcript of Preliminary Injunction Hearing November 25 and 26, 2002 |
| <u>Confidential Exhibits</u> | | |
| A12 | A2025-A2028 | June 21, 1999 Infiltrator Memo discussing Cultec patent And seeking engineering study of Cultec product (Injunction Hearing Exhibit 529) (CONFIDENTIAL) |

Respectfully submitted,

*[signature]*

Stephen P. McNamara, (ct 01220)
Steven Simonis (ct 22777)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT 06905
Tel. (203) 324-6155
Fax (203) 327-1096

Attorneys for Defendants
CULTEC, INC. and
ROBERT J. DITULLIO

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**DECLARATION OF STEPHEN P. MCNAMARA IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL POST-HEARING MEMORANDUM OF LAW**

is being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs, by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: May 1, 2006

_____
Carrie Csizmadia