# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF CONNECTICUT

```
----------------------------------------------------:
Infiltrator Systems, Inc. and                       :
Stormtech, Incorporated,                            :
                                                    :
        Plaintiffs,                                 :        Case No. 3:01CV2188 (AWT)
v.                                                  :
                                                    :
Cultec, Inc., and .                                 :
Robert J. DiTullio,                                 :
                                                    :
        Defendants.                                 :
----------------------------------------------------:
```

## MOTION TO SEAL

Pursuant to D.Conn.L.Civ.R. 5(d)1 and the Stipulated Protective Order in this action, Defendants

Cultec, Inc. and Robert J. DiTullio seek permission of the Court to file one document under seal. The

document to be sealed is Defendants' Summary Judgment Appendix Exhibit A12 In Support Of The

Declaration Of Stephen P. McNamara In Support Of Defendants' Opposition To Motion For Summary

Judgment.   Plaintiff requests the Court seal this document in the properly designated envelope provided

by counsel.

Respectfully submitted,

5/1/06
_____
Date

_James P. Jeffry_
_____
Stephen P. McNamara, (ct 01220)
James P. Jeffry, (ct25368)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT  06905
Telephone (203) 324-6155
Facsimile (203) 327-1096
Email: lit@ssjr.com

Attorneys for Defendants
CULTEC, INC. and ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

## MOTION TO SEAL

is being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: 5/1/06