UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

---------------------------------------------------- :
Infiltrator Systems, Inc. and                       :
Stormtech, Incorporated,                            :
                                                    :
    Plaintiffs,                 :   Case No. 3:01CV2188 (AWT)
v.                                                  :
                                                    :   **NOTICE OF MANUAL FILING**
Cultec, Inc., and .                                 :
Robert J. DiTullio,                                 :
                                                    :
    Defendants.                 :
---------------------------------------------------- :

Please take notice that Defendants Cultec, Inc. and Robert J. DiTullio, have manually filed the Summary Judgment Appendix submitted with the Declaration Of Stephen P. McNamara In Support Of Defendants' Opposition To Motion For Summary Judgment.

The documents have not been electronically provided on disk because:

[X]    **the electronic file size of the document exceeds 1.5 mb**

The documents have been manually served on all parties.

       Respectfully submitted,

_5/1/06_
Date

_/s/ James P. Jeffry_
Stephen P. McNamara, (ct 01220)
James P. Jeffry, (ct25368)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT 06905
Telephone (203) 324-6155
Facsimile (203) 327-1096
Email: lit@ssjr.com

Attorneys for Defendants
CULTEC, INC. and ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

## NOTICE OF MANUAL FILING

is being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs by depositing the same with the U.S. Postal Service, in envelopes addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: 5/1/06                    _____