IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>CULTEC, INC. and ROBERT J. DITULLIO<br><br>Defendants, | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and ROBERT J. DITULLIO<br>    Counterclaimants and<br>    Third-Party Plaintiffs,<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.;<br>STORMTECH INCORPORATED,<br>    Counterclaim Defendants,<br>and<br><br>JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>    Third-Party Defendants. | |

**MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT**
(Assented To)

Plaintiffs/Defendants-In-Counterclaim Infiltrator Systems, Inc ("Infiltrator") and

Stormtech Incorporated ("Stormtech") and Third-Party Defendant James M. Nichols

("Nichols") move this Court to extend the deadline for Infiltrator, Stormtech and Nichols

-1-

to file a Reply in support of their pending Motion for Summary Judgment from May 15, 2006 through and including June 2, 2006. In support thereof, Infiltrator, Stormtech and Nichols aver that they need the additional time to reply to Defendants' May 1, 2006 Opposition.

On or about November 20, 2002, counsel Cultec and DiTullio assented to the relief requested herein.

WHEREFORE, Plaintiffs Infiltrator Systems, Inc, Stormtech Incorporated and Counterclaim Defendant James M. Nichols respectfully request that this Court allow the instant Motion on its terms and grant such other relief as it deems just and appropriate.

    Respectfully Submitted:

    STORMTECH INCORPORATED,
    INFILTRATOR SYSTEMS, INC., JAMES M.
    NICHOLS and FABRI-FORM CO., INC.,
    Defendants

By _____
    Michael A. Cantor, Esq. (ct05524)
    Michael J. Rye, Esq. (ct18364)
    Daniel E. Bruso, Esq. (ct18666)
    CANTOR COLBURN LLP
    55 Griffin Road South
    Bloomfield, CT 06002
    (860) 286-2929

## CERTIFICATE OF SERVICE

  I, Daniel E. Bruso, Esq., hereby certify that, on May 8, 2006, I served a copy of the foregoing document via first class mail, postage prepaid, upon:

Stephen P. McNamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esquire
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619


_____
Daniel E. Bruso