IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>CULTEC, INC. and ROBERT J. DITULLIO<br><br>Defendants, | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and ROBERT J. DITULLIO<br>    Counterclaimants and<br>    Third-Party Plaintiffs,<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.;<br>STORMTECH INCORPORATED,<br>    Counterclaim Defendants,<br>and<br><br>JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>    Third-Party Defendants. | |

**MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF**
**(ASSENTED TO)**

Plaintiffs/Defendants-In-Counterclaim Infiltrator Systems, Inc ("Infiltrator") and

Stormtech Incorporated ("Stormtech") and Third-Party Defendant James M. Nichols

("Nichols") move this Court for leave to file a Twelve (12) page Reply In Support Of

their Motion For Summary Judgment, all pursuant to Local Rule 7(d).  In support thereof,

Infiltrator, Stormtech and Nichols aver that they have made a good faith effort to file a Reply that complies with Local Rule 7(d)'s requirement that reply briefs not exceed ten (10) pages. However, due to the numerous issues presented in Defendants' Opposition, together with the complex nature of the case, they need additional pages in order to adequately respond to Defendants' Opposition.

On or about May 31, 2006, Defendants' counsel, Stephen P. McNamara, assented to the relief requested herein.

WHEREFORE, Plaintiffs Infiltrator Systems, Inc., Stormtech, Incorporated and Third-Party Defendant James M. Nichols respectfully request that this Court grant the instant Motion on its terms, together with such other relief as it may deem just and appropriate.

Respectfully Submitted:

STORMTECH INCORPORATED,
INFILTRATOR SYSTEMS, INC., JAMES M.
NICHOLS and FABRI-FORM CO., INC.,
Defendants

By: _____
Daniel E. Bruso, Esq.
CT. FED. DIST. COURT BAR NO. 18666
Michael A. Cantor, Esq.
CT. FED. DIST. COURT BAR NO. 05524
Michael J. Rye, Esq.
CT. FED. DIST. COURT BAR NO. 18364
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (telephone)
(860) 286-0115 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this 1st day of June, 2006, via first class mail, postage prepaid to:

Stephen P. Mcnamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

Daniel E. Bruso