IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and<br>STORMTECH, INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>CULTEC, INC. and<br>ROBERT J. DITULLIO<br><br>Defendants | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and<br>ROBERT J. DITULLIO<br>Counterclaimants and<br>Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.<br>STORMTECH INCORPORATED<br>Counterclaim Defendants<br>and<br>JAMES M. NICHOLS<br>Third Party Defendant | |

**DECLARATION OF DANIEL E. BRUSO, ESQUIRE**

I, Daniel E. Bruso, pursuant to 28 U.S.C. § 1746, do hereby declare and state as follows:

1. My name is Daniel E. Bruso. I am counsel to Plaintiffs/Defendants-in-Counterclaim Infiltrator Systems, Inc. and Stormtech, Incorporated and Defendant-in-Counterclaim James M. Nichols in the above-captioned matter.

2. I am submitting this Declaration in support of Plaintiff and Counterclaim

Defendants Infiltrator Systems, Inc. and Stormtech Incorporated's and Third Party Defendant James M. Nichols' Reply in Support of Motion for Summary Judgment of Non-Infringement.

3. Attached hereto as Exhibit A is a true and accurate copy of the Opening Brief of Defendants-Appellees dated July 5, 2005.

4. Attached hereto as Exhibit B is a true and accurate copy of the cited portions of the Transcript of the April 18, 2002 Deposition of Robert J. DiTullio.

5. Attached hereto as Exhibit C are true and accurate copies of the cited portions of the Transcript of the November 26, 2002 Preliminary Injunction/*Markman* Hearing.

6. Attached hereto as Exhibit D is a true and accurate copy of the cited portions of the Transcript of the September 12, 2002 Deposition of Robert Ware.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1ST DAY OF JUNE, 2006.**

_____
DANIEL E. BRUSO

## CERTIFICATE OF SERVICE

     I, Daniel E. Bruso, Esquire, attorney for Plaintiffs/Counterclaim Defendants in the above-captioned matter, hereby certify that, on the 1st day of June 2006, I served a true and accurate copy of DECLARATION OF DANIEL E. BRUSO IN SUPPORT OF PLAINTIFFS AND COUNTERCLAIM DEFENDANTS INFILTRATOR SYSTEMS, INC. AND STORMTECH INCORPORATED'S AND THIRD PARTY DEFENDANT JAMES M. NICHOLS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT, via first class mail, postage prepaid, upon:

Stephen P. Mcnamara, Esq.

Steven B. Simonis, Esq.

James P. Jeffry, Esq.

St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street

Stamford, Connecticut 06905-5619

_____
Daniel E. Bruso