1          UNITED STATES DISTRICT COURT FOR
           THE DISTRICT OF CONNECTICUT
2
               Civil Action No. 301CV2188AWT
3
    -----------------------------------)
4   INFILTRATOR SYSTEMS, INC. and    )
    STORMTECH, INCORPORATED          )
5              Plaintiffs )
                          )
6   v.                    )
                          )
7   CULTEC, INC. and           )
    ROBERT J. DITULLIO          )
8          Defendants )
    -----------------------------------)
9                       )
    CULTEC, INC. and           )
10  ROBERT J. DITULLIO           )
          Counterclaimants and  )
11        Third Party Plaintiffs )
                          )
12  v.                    )
                          )
13  INFILTRATOR SYSTEMS, INC.      )
    STORMTECH, INCORPORATED        )
14        Counterclaim Defendants )
    and                   )
15  JAMES M. NICHOLS          )
    FABRI-FORM CO., INC.          )
16        Third Party Defendants )
    -----------------------------------)
17

18     DEPOSITION OF:  Robert J. DiTullio, taken
    before Sharon R. Roy, Notary Public Stenographer,
19  pursuant to Rules 30, 26, and 30(b)(6) of the
    Federal Rules of Civil Procedure, at the law
20  offices of CANTOR COLBURN, LLP, 101 Merritt 7,
    Norwalk, Connecticut, on April 18, 2002.
21

22
            Sharon R. Roy
23       Certified Shorthand Reporter
       Registered Professional Reporter

2

1  A P P E A R A N C E S:

2

3  FOR THE PLAINTIFFS/DEFENDANTS IN
   COUNTERCLAIM/THIRD PARTY DEFENDANT:
4  STORMTECH INCORPORATED
   INFILTRATOR SYSTEMS, INC.
5  JAMES M. NICHOLS

6  CANTOR COLBURN, LLP
   101 Merritt 7
7  Norwalk, Connecticut 06856
   1-860-286-2929
8     BY:  MICHAEL J. RYE, ESQ.

9

10  FOR THE DEFENDANTS/PLAINTIFFS
    IN COUNTERCLAIM:
11  CULTEC, INC. and ROBERT J. DITULLIO

12  ST. ONGE, STEWARD, JOHNSTON & REENS, LLC
    986 Bedford Street
13  Stamford, CT 06905-5619
    203-324-6155
14     BY:  STEPHEN P. McNAMARA, ESQ.

15

16  FOR THE THIRD PARTY DEFENDANT
    IN COUNTERCLAIM:
17  FABRI-FORM CO., INC.

18  HALLORAN & SAGE, LLP
    One Goodwin Square
19  Hartford, CT 06103-4303
    1-860-522-6103
20     BY:  JOSEPH G. FORTNER, JR., ESQ.

21
    In Attendance:
22  Robert LeMire
    Chris DiTullio
23

**DiTullio, Robert - 4/18/02**                **Page 3**

3

1          I N D E X

2 ------------------------------------------------------
  WITNESS          EXAMINATION          PAGE
3 ------------------------------------------------------

4  Robert DiTullio    Direct by Mr. Rye .......... 4

5

6
  EXHIBITS:                    PAGE:
7
  Exhibit 1:  Notice of Taking Deposition
8          of Robert DiTullio ................ 11

9  Exhibit 2:  Notice of Taking Deposition of
          Cultec, Inc. Pursuant to Fed. R.
10         Civ. P. 30(b)(6) .................. 11

11  Exhibit 3:  Diagram ........................... 54

12  Exhibit 4:  Counterclaims and Third Party
          Complaint ........................ 100
13
  Exhibit 5:  Letter dated November 16, 2001 to
14         Falite Bros. from Robert DiTullio. 138

15  Exhibit 6:  '838 Patent ...................... 163

16  Exhibit 7:  '482 Patent ...................... 167

17  Exhibit 8:  '288 Patent ...................... 170

18  Exhibit 9:  '756 Patent ...................... 172

19  Exhibit 10: '151 Patent ...................... 175

20  Exhibit 11:  Pages from website .............. 222
    -----------
21  Confidential testimony:
    Starting pages:
22  74
    117
23  164
    199

66

1    Q.  Okay.  Were there end walls associated

2  with the Tripdrain product?

3    A.  Yes.

4    Q.  On each chamber?

5    A.  Yes.

6    Q.  So each chamber would have a single end

7  wall when they were all connected or two end

8  walls?

9    A.  Well, we primarily made them in two

10  versions.  The starter section would have two end

11  walls with openings to allow effluent to pass

12  through, and on one end that you indicated we

13  would have a small rib.  The other version was a

14  wide open structure that had the large rib end,

15  and that was dropped over to make the connection.

16    Q.  And then the other end of that chamber

17  would have an end wall?

18    A.  That's correct.

19    Q.  Just like the chambers that are made now?

20    A.  That's correct.

21    Q.  When they were manufactured, did they

22  have end walls on both ends so that you had the

23  contractor cut off an end wall?

67

1    A.  That was done in the manufacture.  The

2  end walls were actually delivered to the

3  distributor for sale so that the contractor didn't

4  have to do that.

5    Q.  So there was only one end wall on each

6  chamber other than the first and last chamber?

7    A.  Correct.

8    Q.  Okay.  Did the Tripdrain product utilize

9  any type of a lug for securing one chamber to the

10  adjoining chamber?

11    A.  Yes.

12    Q.  And how was that accomplished?

13    A.  Where the ribs came down to the base and

14  the large rib dropped over the smaller rib, there

15  was a return raised portion at the base of the

16  smaller rib structure that the larger rib dropped

17  behind, and that prevented spreading apart of the

18  ribs; it actually held the ribs inward.

19    Q.  It prevented the overlying chamber from

20  spreading on top of the underlying chamber?

21    A.  Correct.

22    Q.  Do your current products incorporate that

23  lug design?

91

1        MR. McNAMARA:  I'll note for the

2    record this is a lawsuit you started.

3        MR. RYE:  Certainly.

4    Q.  (By Mr. Rye)  Can you describe for me

5    under what circumstances you would expect an

6    installed chamber to suffer lateral spreading?  I

7    should qualify and say a plastic chamber.

8    A.  Yeah, I think it could occur if a load

9    was dumped on top of the arch, a heavy load was

10   dumped on top of the arch more on one chamber than

11   on the connection points of the chambers.

12   Q.  And that would occur whether or not there

13   is an end wall in the area where the two chambers

14   are connected, correct?

15   A.  Well, there's two parts, naturally, to

16   that answer; one would be that the chamber that

17   would have an end wall, if a load was dumped on

18   top of that chamber, the end wall would have a

19   tendency to hold that one chamber dimensionally

20   more in position.  If it had no end wall, then it

21   would have a tendency to, in fact, deflect from

22   that original dimension.

23   Q.  So, if you have a chamber that has

236

1          C E R T I F I C A T E

2      I hereby certify that I am a Notary Public, in

3   and for the State of Connecticut, duly

4   commissioned and qualified to administer oaths.

5      I further certify that the deponent named in

6   the foregoing deposition was by me duly sworn, and

7   thereupon testified as appears in the foregoing

8   deposition; that said deposition was taken by me

9   stenographically in the presence of counsel and

10   reduced to typewritten form under my direction,

11   and the foregoing is a true and accurate

12   transcript of the testimony.

13      I further certify that I am neither of counsel

14   nor attorney to either of the parties to said

15   suit, nor am I an employee of either party to said

16   suit, nor of either counsel in said suit, nor am I

17   interested in the outcome of said cause.

18      Witness my hand and seal as Notary Public this

19   26th day of April, 2002.

20

21            _____
               Sharon R. Roy
               Notary Public
22

23

**DiTullio, Robert - 4/18/02**                    **Page 237**