UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

INFILTRATOR SYSTEMS, INC. and : No. 3:01-CV-2188(AWT)
STORMTECH, INCORPORATED, :

   Plaintiffs, :

     vs. :

CULTEC, INC. and ROBERT J. :
DITULLIO, :

   Defendants. :

- - - - - - - - - - - - - - - - x

CULTEC, INC. and ROBERT J.
DITULLIO, :

   Counterclaimants, :

     vs. :

INFILTRATOR SYSTEMS, INC. and :
STORMTECH, INCORPORATED, :
              HARTFORD, CONNECTICUT
   Counterclaim Defendants. : NOVEMBER 26, 2002

- - - - - - - - - - - - - - - - x


MARKMAN HEARING
AND
HEARING ON MOTIONS FOR PRELIMINARY INJUNCTION


BEFORE:

   HON. ALVIN W. THOMPSON, U.S.D.J.

144

1  APPEARANCES:

2     FOR THE PLAINTIFFS AND COUNTERCLAIM DEFENDANTS:

3
        CANTOR COLBURN, LLP
4         55 Griffin Road South
          Bloomfield, Connecticut 06002
5       BY: DANIEL E. BRUSO, ESQ.
            MICHAEL J. RYE, ESQ.
6

7     FOR THE DEFENDANTS AND COUNTERCLAIMANTS:

8
        ST. ONGE, STEWARD, JOHNSTON & REENS, LLC
9         986 Bedford Street
          Stamford, Connecticut 06905-5619
10      BY: STEPHEN P. MCNAMARA, ESQ.
            STEVEN B. SIMONIS, ESQ.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25           **11/26/02 Markman/PI hearing**                    **Page 144**

303

1    Now, is there anything in an integral end wall
2    that prevents an overlapping rib from spreading out
3    above the underlying chamber without having any types
4    of lugs or engagement system?
5    A.  The old product or just in general?
6    Q.  On the old product.
7    A.  No.  There's nothing that would prevent it
8    from laterally moving outward.
9    Q.  Now, this mouse hole that was referred to.
10   Could you explain again why you think this one is
11   there?
12   A.  Well, the function of the mouse hole is
13   primarily just to convey the effluent if it is within
14   the septic system or the storm water longitudinally or
15   lengthwise down the trench.  This also happens, by the
16   way, through diffusion through the stone.
17   Q.  And is there a design in this 3050 chamber,
18   the old one, to actually accommodate a drain pipe in
19   the mouse hole or how does that work?
20   A.  I'm sorry?
21   Q.  Is that intended to accommodate a drain pipe?
22   A.  No.  It's intended to convey the liquid within
23   the system.  In fact, that particular design, I
24   believe that that chamber must be an earlier one
25   because we opened that hole up quite a bit to allow

394

1
2
3      C E R T I F I C A T E
4
5
6
7      I, Corinna F. Thompson, RPR, Official
8   Court Reporter for the United States District Court
9   for the District of Connecticut, do hereby certify
10  that the foregoing pages, pages 143 through 393, are a
11  true and accurate transcription of my shorthand notes
12  taken in the aforementioned matter to the best of my
13  skill and ability.
14
15
16
17
18  _____
        CORINNA F. THOMPSON, RPR
19        Official Court Reporter
        450 Main Street, Room #225
20      Hartford, Connecticut 06103
             (860) 547-0580
21
22
23
24
25      **11/26/02 Markman/PI hearing**            **Page 394**