UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

INFILTRATOR SYSTEMS, INC. and : No. 3:01-CV-2188(AWT)
STORMTECH, INCORPORATED,    :

   Plaintiffs,        :

     vs.            :

CULTEC, INC. and ROBERT J.  :
DITULLIO,           :

   Defendants.        :

- - - - - - - - - - - - - - - - x

CULTEC, INC. and ROBERT J.
DITULLIO,           :

   Counterclaimants,    :

     vs.            :

INFILTRATOR SYSTEMS, INC. and :
STORMTECH, INCORPORATED,    :
                 HARTFORD, CONNECTICUT
   Counterclaim Defendants. : NOVEMBER 26, 2002

- - - - - - - - - - - - - - - - x


      MARKMAN HEARING
         AND
HEARING ON MOTIONS FOR PRELIMINARY INJUNCTION


   BEFORE:

     HON. ALVIN W. THOMPSON, U.S.D.J.

144

1  APPEARANCES:

2     FOR THE PLAINTIFFS AND COUNTERCLAIM DEFENDANTS:

3
       CANTOR COLBURN, LLP
4         55 Griffin Road South
          Bloomfield, Connecticut 06002
5      BY:  DANIEL E. BRUSO, ESQ.
            MICHAEL J. RYE, ESQ.
6

7     FOR THE DEFENDANTS AND COUNTERCLAIMANTS:

8
       ST. ONGE, STEWARD, JOHNSTON & REENS, LLC
9         986 Bedford Street
          Stamford, Connecticut 06905-5619
10     BY:  STEPHEN P. MCNAMARA, ESQ.
            STEVEN B. SIMONIS, ESQ.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25        **11/26/02 Markman/PI hearing**            **Page 144**

1      Now, is there anything in an integral end wall

2   that prevents an overlapping rib from spreading out

3   above the underlying chamber without having any types

4   of lugs or engagement system?

5      A.  The old product or just in general?

6      Q.  On the old product.

7      A.  No.  There's nothing that would prevent it

8   from laterally moving outward.

9      Q.  Now, this mouse hole that was referred to.

10   Could you explain again why you think this one is

11   there?

12      A.  Well, the function of the mouse hole is

13   primarily just to convey the effluent if it is within

14   the septic system or the storm water longitudinally or

15   lengthwise down the trench.  This also happens, by the

16   way, through diffusion through the stone.

17      Q.  And is there a design in this 3050 chamber,

18   the old one, to actually accommodate a drain pipe in

19   the mouse hole or how does that work?

20      A.  I'm sorry?

21      Q.  Is that intended to accommodate a drain pipe?

22      A.  No.  It's intended to convey the liquid within

23   the system.  In fact, that particular design, I

24   believe that that chamber must be an earlier one

25   because we opened that hole up quite a bit to allow **hearing**

394

1

2

3            C E R T I F I C A T E

4

5

6

7        I, Corinna F. Thompson, RPR, Official

8    Court Reporter for the United States District Court

9    for the District of Connecticut, do hereby certify

10   that the foregoing pages, pages 143 through 393, are a

11   true and accurate transcription of my shorthand notes

12   taken in the aforementioned matter to the best of my

13   skill and ability.

14

15

16

17

18   _____
         CORINNA F. THOMPSON, RPR
19          Official Court Reporter
         450 Main Street, Room #225
20       Hartford, Connecticut 06103
              (860) 547-0580
21

22

23

24

25            **11/26/02 Markman/PI hearing**                    **Page 394**