```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

---------------------------------x
INFILTRATOR SYSTEMS, INC. and    :
STORMTECH, INC.                  :
                                 :
      Plaintiffs,                :
                                 :
   v.                            :   CASE NO. 3:01CV2188 (AWT)
                                 :
CULTEC, INC. and ROBERT J.       :
DITULLIO,                        :
                                 :
      Defendants.                :
---------------------------------x
CULTEC, INC. And ROBERT J.       :
DITULLIO,                        :
                                 :
      Counterclaimants           :
      and Third-Party            :
      Plaintiffs,                :
                                 :
   v.                            :
                                 :
INFILTRATOR SYSTEMS, INC.,       :
STORMTECH, INC.,                 :
                                 :
      Counterclaim               :
      Defendants, and            :
                                 :
JAMES M. NICHOLS and             :
FABRI-FORM COMPANY, INC.,        :
                                 :
      Third-Party Defendants.    :
---------------------------------x
```

## JUDGMENT

This action having come on for consideration of the motion for summary judgment filed by Infiltrator Systems, Stormtech and James Nichols before the Honorable Alvin W. Thompson, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed its ruling granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs with respect to their causes of action for non-infringement of United States Patent No. 5,087,151, and in favor of the counterclaim defendants and third-party defendant James M. Nichols with respect to Count 1 of the defendants' counterclaim and third-party complaint.

Dated at Hartford, Connecticut, this 28th day of September, 2007.

                                              KEVIN F. ROWE, Clerk

                                      By     /s/ SLS
                                               Sandra Smith
                                             Deputy Clerk