IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
INFILTRATOR SYSTEMS, INC. and  :
STORMTECH, INCORPORATED,       :
                               :
                               :  Civil Action No. 3:01CV2188 (AWT)
    *Plaintiffs*,              :
v.                             :
                               :
CULTEC, INC., and              :
ROBERT J. DITULLIO,            :  October 25, 2007
                               :
    *Defendants*.              :
                               :
---------------------------------------------------x

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
NOTICE OF APPEAL TO THE FEDERAL CIRCUIT**

Defendants Cultec, Inc. and Robert J. DiTullio, respectfully move for a thirty (30) day extension of time to file a Notice of Appeal to the Court of Appeals from the Judgment [Dkt. No. 214] dated September 28, 2007. Plaintiffs' counsel, Michael Rye, has stated that Plaintiffs will not oppose this motion.

Defendants respectfully note that although the Clerk has entered a Judgment, this case is not properly ripe for appeal, because Plaintiffs' Counts VI-XIV of its Amended Complaint and Defendants Counterclaim Counts 2 and 3 are still pending in the action, and thus there is no final decision providing for appellate jurisdiction pursuant to 28 U.S.C. §1295(a)(1). See generally *Int'l Elec. Tech. Corp. v. Hughes*, 476 F.3d 1329, 1330 (Fed. Cir. 2007); *Nystrom v. TREX Co.*, 339 F.3d 1347 (Fed. Cir. 2003).

However, to avoid any possible prejudice to Defendants' ability to seek an appeal, it is requested that this extension of time be granted, and that the time for filing a Notice of Appeal be extended to at least November 28, 2007.

This is the first request for extension of time related to the filing of the Notice of Appeal.

Respectfully submitted,

Oct. 25, 2007
Date

Stephen P. McNamara, (ct 01220)
Steven B. Simonis (ct 22777)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT 06905
Telephone (203) 324-6155
Facsimile (203) 327-109
Email: lit@ssjr.com

Attorneys for Defendants
CULTEC, INC. and ROBERT J. DITULLIO

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing **UNOPPOSED FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL TO THE FEDERAL CIRCUIT** is being served, by First Class Mail, postage prepaid, on the date indicated below, on the following counsel for Plaintiffs by depositing the same with the U.S. Postal Service, in an envelope addressed to:

Michael Rye
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: Oct. 25, 2007

Joan Burnett