**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and<br>STORMTECH, INCORPORATED<br><br>             Plaintiffs,<br><br>             vs.<br><br>CULTEC, INC. and<br>ROBERT J. DITULLIO<br><br>             Defendants<br><br>CULTEC, INC. and<br>ROBERT J. DITULLIO<br>             Counterclaimants and<br>             Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.<br>STORMTECH INCORPORATED<br>             Counterclaim Defendants and<br><br>JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>             Third Party Defendants | Civil Action No. 301CV2188AWT |

**PARTIES JOINT MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM**

The Parties in the above matter, acting by and through their respective counsel, move this Court for a thirty (30) day extension of time to file the Joint Trial Memorandum, all pursuant to this Court's November 14, 2007 Order [Docket No. 219]. The parties seek to extend the deadline from December 17, 2007, to January 16, 2008.

As grounds therefore, the Parties state as follows:

1. After this Court issued its Amended Partial Judgment, the parties began discussing a possible settlement of this matter.

2. The Parties have been making, and will continue to make, good faith efforts to resolve any issues regarding reaching a settlement in this matter.

3. The Parties need additional time to complete their discussions.

4. This is the first request for an extension of this Order.

WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline for the parties to file the Joint Trial Memorandum from December 17, 2007, through and including January 16, 2008.

                          THE PLAINTIFFS AND THIRD-PARTY
                          DEFENDANT
                          INFILTRATOR SYSTEMS, INC.
                          STORMTECH, INC.
                          JAMES M. NICHOLS

Dated: December 12, 2007    BY:/s/ Daniel E. Bruso
                          DANIEL E. BRUSO, ESQUIRE
                          CT. FED. DIST. COURT BAR #18666
                          MICHAEL J. RYE, ESQUIRE
                          CT. FED. DIST. COURT BAR #18354
                          CANTOR COLBURN, LLP
                          55 Griffin Road South
                          Bloomfield, CT 06002
                          (860) 286-2929 (Telephone)
                          (860) 286-0115 (Telecopier)

                        THE DEFENDANTS
                        CULTEC, INC.
                        ROBERT J. DITULLIO

Dated: December 12, 2007    By: /s/ Stephen P. McNamara
                                    Stephen P. McNamara (ct01220)
                                    Steven B. Simonis (ct22777)
                                    ST. ONGE STEWARD JOHNSTON
                                    & REENS LLC
                                    986 Bedford Street
                                    Stamford, CT 06905
                                    Telephone: 203-324-6155
                                    lit@ssjr.com

**CERTIFICATE OF SERVICE**

I, Daniel E. Bruso, Counsel to Plaintiff, hereby certify that, on the 12th day of December 2007, I served a copy of the foregoing document via the Court's ECF system. All counsel of record will be notified via the Court's ECF system.

Stephen P. Mcnamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

                                              /s/ Daniel E. Bruso
                                                  Daniel E. Bruso