## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED <br><br> Plaintiffs, <br><br> vs. <br><br> CULTEC, INC. and ROBERT J. DITULLIO <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| CULTEC, INC. and ROBERT J. DITULLIO <br> Counterclaimants and <br> Third Party Plaintiffs <br><br> v. <br><br> INFILTRATOR SYSTEMS, INC. <br> STORMTECH INCORPORATED <br> Counterclaim Defendants and <br><br> JAMES M. NICHOLS <br> FABRI-FORM CO., INC. <br> Third Party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 301CV2188AWT

### PARTIES JOINT MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM

The Parties in the above matter, acting by and through their respective counsel, move this Court for an additional thirty (30) day extension of time to file the Joint Trial Memorandum, all pursuant to this Court's November 14, 2007 Order [Docket No. 219]. The parties seek to extend the deadline from January 16, 2008 to February 15, 2008.

As grounds therefore, the Parties state as follows:

1. After this Court issued its Amended Partial Judgment, the parties began discussing a possible settlement of this matter.

2. The Parties have been making, and will continue to make, good faith efforts to resolve any issues regarding reaching a settlement in this matter.

3. The Parties need additional time to complete their discussions.

4. This is the second request for an extension of this Order.

WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline for the parties to file the Joint Trial Memorandum from January 16, 2008, through and including February 15, 2008.

                                                  THE PLAINTIFFS AND THIRD-PARTY
                                                  DEFENDANT
                                                  INFILTRATOR SYSTEMS, INC.
                                                  STORMTECH, INC.
                                                  JAMES M. NICHOLS

Dated: <u>January 15, 2008</u>        BY:<u>/s/ Michael J. Rye</u>
                                                  MICHAEL J. RYE, ESQUIRE
                                                  CT. FED. DIST. COURT BAR #18354
                                                  DANIEL E. BRUSO, ESQUIRE
                                                  CT. FED. DIST. COURT BAR #18666
                                                  CANTOR COLBURN, LLP
                                                  55 Griffin Road South
                                                  Bloomfield, CT 06002
                                                  (860) 286-2929 (Telephone)
                                                  (860) 286-0115 (Telecopier)

                                              THE DEFENDANTS
                                              CULTEC, INC.
                                              ROBERT J. DITULLIO

Dated: <u>January 15, 2008</u>      By: <u>/s/ Stephen P. McNamara</u>
                                              Stephen P. McNamara (ct01220)
                                              Steven B. Simonis (ct22777)
                                              ST. ONGE STEWARD JOHNSTON
                                              & REENS LLC
                                              986 Bedford Street
                                              Stamford, CT 06905
                                              Telephone: 203-324-6155
                                              lit@ssjr.com

**CERTIFICATE OF SERVICE**

I, Michael J. Rye, Counsel to Plaintiff, hereby certify that, on the 15th day of January 2008, I served a copy of the foregoing document via the Court's ECF system. All counsel of record will be notified via the Court's ECF system.

Stephen P. Mcnamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

            /s/ Michael J. Rye
              Michael J. Rye