IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and<br>STORMTECH, INCORPORATED<br><br>               Plaintiffs,<br><br>      vs.<br><br>CULTEC, INC. and<br>ROBERT J. DITULLIO<br><br>               Defendants | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and<br>ROBERT J. DITULLIO<br>        Counterclaimants and<br>        Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.<br>STORMTECH INCORPORATED<br>        Counterclaim Defendants and<br><br>JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>        Third Party Defendants | |

**PARTIES JOINT MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM**

The Parties in the above matter, acting by and through their respective counsel, move this Court for an additional thirty (30) day extension of time to file the Joint Trial Memorandum, all pursuant to this Court's November 14, 2007 Order [Docket No. 219]. The parties seek to extend the deadline from February 15, 2008 to March 17, 2008.

As grounds therefore, the Parties state as follows:

1. After this Court issued its Amended Partial Judgment, the parties began discussing a possible settlement of this matter.

2. The Parties have exchanged draft settlement documents and are making significant progress toward resolution of outstanding issues. The Parties have been making, and will continue to make, good faith efforts to resolve any issues regarding reaching a settlement in this matter.

3. The Parties need additional time to complete their discussions.

4. This is the third request for an extension of this Order.

WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline for the parties to file the Joint Trial Memorandum from February 15, 2008, through and including March 17, 2008.

                        THE PLAINTIFFS AND THIRD-PARTY
                        DEFENDANT
                        INFILTRATOR SYSTEMS, INC.
                        STORMTECH, INC.
                        JAMES M. NICHOLS

Dated: February 13, 2008    BY:/s/ Michael J. Rye
                        MICHAEL J. RYE, ESQUIRE
                        CT. FED. DIST. COURT BAR #18354
                        DANIEL E. BRUSO, ESQUIRE
                        CT. FED. DIST. COURT BAR #18666
                        CANTOR COLBURN, LLP
                        55 Griffin Road South
                        Bloomfield, CT 06002
                        (860) 286-2929 (Telephone)
                        (860) 286-0115 (Telecopier)

                              THE DEFENDANTS
                              CULTEC, INC.
                              ROBERT J. DITULLIO

Dated: February 13, 2008      By: /s/ Stephen P. McNamara
                                        Stephen P. McNamara (ct01220)
                                        Steven B. Simonis (ct22777)
                                        ST. ONGE STEWARD JOHNSTON
                                        & REENS LLC
                                        986 Bedford Street
                                        Stamford, CT 06905
                                        Telephone: 203-324-6155
                                        lit@ssjr.com

## **CERTIFICATE OF SERVICE**

I, Michael J. Rye, Counsel to Plaintiff, hereby certify that, on the 13th day of February 2008, I served a copy of the foregoing document via the Court's ECF system. All counsel of record will be notified via the Court's ECF system.

Stephen P. Mcnamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

                                          /s/ Michael J. Rye
                                              Michael J. Rye