IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| | ) Civil Action No. 301CV2188AWT |
| vs. | )<br>) |
| CULTEC, INC. and ROBERT J. DITULLIO | )<br>)<br>) |
| Defendants | )<br>) |
| CULTEC, INC. and ROBERT J. DITULLIO<br>    Counterclaimants and<br>    Third Party Plaintiffs | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| INFILTRATOR SYSTEMS, INC.<br>STORMTECH INCORPORATED<br>    Counterclaim Defendants and | )<br>)<br>) |
| | ) |
| JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>    Third Party Defendants | )<br>)<br>)<br>) |

**PARTIES JOINT MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM**

The Parties in the above matter, acting by and through their respective counsel, move this Court for an additional fourteen (14) day extension of time to file the Joint Trial Memorandum, all pursuant to this Court's November 14, 2007 Order [Docket No. 219]. The parties seek to extend the deadline from March 17, 2008 to March 31, 2008.

As grounds therefore, the Parties state as follows:

1. After this Court issued its Amended Partial Judgment, the parties began discussing a possible settlement of this matter.

2. The Parties continue to make progress toward resolution of the outstanding issues since the last extension of time was granted by this Court.

3. The Parties need additional time to resolve the remaining issues and finalize the settlement documents.

4. This is the fourth request for an extension of this Order.

WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline for the parties to file the Joint Trial Memorandum from March 17, 2008, through and including March 31, 2008.

        THE PLAINTIFFS AND THIRD-PARTY DEFENDANT
        INFILTRATOR SYSTEMS, INC.
        STORMTECH, INC.
        JAMES M. NICHOLS

Dated: March 14 2008    BY:/s/ Michael J. Rye
        MICHAEL J. RYE, ESQUIRE
        CT. FED. DIST. COURT BAR #18354
        DANIEL E. BRUSO, ESQUIRE
        CT. FED. DIST. COURT BAR #18666
        CANTOR COLBURN, LLP
        55 Griffin Road South
        Bloomfield, CT 06002
        (860) 286-2929 (Telephone)
        (860) 286-0115 (Telecopier)

        THE DEFENDANTS
        CULTEC, INC.
        ROBERT J. DITULLIO

Dated: March 14, 2008      By: /s/ Stephen P. McNamara
        Stephen P. McNamara (ct01220)
        Steven B. Simonis (ct22777)
        ST. ONGE STEWARD JOHNSTON
        & REENS LLC
        986 Bedford Street
        Stamford, CT 06905
        Telephone: 203-324-6155
        lit@ssjr.com

**CERTIFICATE OF SERVICE**

I, Michael J. Rye, Counsel to Plaintiff, hereby certify that, on the 14th day of March 2008, I served a copy of the foregoing document via the Court's ECF system. All counsel of record will be notified via the Court's ECF system.

Stephen P. McNamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

                                                                      /s/ Michael J. Rye
                                                                          Michael J. Rye