IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED <br><br> Plaintiffs, <br><br> vs. <br><br> CULTEC, INC. and ROBERT J. DITULLIO <br><br> Defendants | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and ROBERT J. DITULLIO <br> Counterclaimants and <br> Third Party Plaintiffs <br><br> v. <br><br> INFILTRATOR SYSTEMS, INC. <br> STORMTECH INCORPORATED <br> Counterclaim Defendants and <br><br> JAMES M. NICHOLS <br> FABRI-FORM CO., INC. <br> Third Party Defendants | |

**PARTIES JOINT MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM**

The Parties in the above matter, acting by and through their respective counsel, move this Court for an additional fourteen (14) day extension of time to file the Joint Trial Memorandum, all pursuant to this Court's November 14, 2007 Order [Docket No. 219]. The parties seek to extend the deadline from April 14, 2008 to April 28, 2008.

As grounds therefore, the Parties state as follows:

1. After this Court issued its Amended Partial Judgment, the parties began discussing a possible settlement of this matter.

2. The Parties continue to make progress toward resolution of the outstanding issues since the last extension of time was granted by this Court.

3. The Parties need additional time to resolve the remaining issues and finalize the settlement documents.

4. This is the sixth request for an extension of this Order.

WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline for the parties to file the Joint Trial Memorandum from April 14, 2008 through and including April 28, 2008.

THE PLAINTIFFS AND THIRD-PARTY DEFENDANT
INFILTRATOR SYSTEMS, INC.
STORMTECH, INC.
JAMES M. NICHOLS

Dated:  April 14, 2008        BY:/s/ Michael J. Rye
                    MICHAEL J. RYE, ESQUIRE
                    CT. FED. DIST. COURT BAR #18354
                    DANIEL E. BRUSO, ESQUIRE
                    CT. FED. DIST. COURT BAR #18666
                    CANTOR COLBURN, LLP
                    55 Griffin Road South
                    Bloomfield, CT 06002
                    (860) 286-2929 (Telephone)
                    (860) 286-0115 (Telecopier)

                                  THE DEFENDANTS
                                  CULTEC, INC.
                                  ROBERT J. DITULLIO

Dated: <u>April 14, 2008</u>     By: <u>/s/ Stephen P. McNamara</u>
                                Stephen P. McNamara (ct01220)
                                Steven B. Simonis (ct22777)
                                ST. ONGE STEWARD JOHNSTON
                                & REENS LLC
                                986 Bedford Street
                                Stamford, CT 06905
                                Telephone: 203-324-6155
                                lit@ssjr.com

**CERTIFICATE OF SERVICE**

I, Michael J. Rye, Counsel to Plaintiff, hereby certify that, on the 14th day of April 2008, I served a copy of the foregoing document via the Court's ECF system. All counsel of record will be notified via the Court's ECF system.

Stephen P. McNamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

      /s/ Michael J. Rye
      Michael J. Rye