IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>CULTEC, INC. and ROBERT J. DITULLIO<br><br>Defendants | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and ROBERT J. DITULLIO<br>  Counterclaimants and<br>  Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.<br>STORMTECH INCORPORATED<br>  Counterclaim Defendants and<br><br>JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>  Third Party Defendants | |

**PARTIES JOINT MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM**

The Parties in the above matter, acting by and through their respective counsel, move this Court for an additional fourteen (14) day extension of time to file the Joint Trial Memorandum, all pursuant to this Court's November 14, 2007 Order [Docket No. 219]. The parties seek to extend the deadline from April 28, 2008 to May 12, 2008.

As grounds therefore, the Parties state as follows:

1. After this Court issued its Amended Partial Judgment, the parties began discussing a possible settlement of this matter.

2. The Parties continue to make progress toward resolution of the outstanding issues since the last extension of time was granted by this Court.

3. The Parties need additional time to resolve the remaining issues and finalize the settlement documents.

4. This is the seventh request for an extension of this Order.

WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline for the parties to file the Joint Trial Memorandum from April 28, 2008 through and including May 12, 2008.

THE PLAINTIFFS AND THIRD-PARTY DEFENDANT
INFILTRATOR SYSTEMS, INC.
STORMTECH, INC.
JAMES M. NICHOLS

Dated: April 28, 2008    BY: /s/ Michael J. Rye
MICHAEL J. RYE, ESQUIRE
CT. FED. DIST. COURT BAR #18354
DANIEL E. BRUSO, ESQUIRE
CT. FED. DIST. COURT BAR #18666
CANTOR COLBURN, LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

                                      THE DEFENDANTS
                                      CULTEC, INC.
                                      ROBERT J. DITULLIO


Dated: <u>April 28, 2008</u>       By: <u>/s/ Stephen P. McNamara</u>
                                   Stephen P. McNamara (ct01220)
                                   Steven B. Simonis (ct22777)
                                   ST. ONGE STEWARD JOHNSTON
                                   & REENS LLC
                                   986 Bedford Street
                                   Stamford, CT 06905
                                   Telephone: 203-324-6155
                                   lit@ssjr.com

**CERTIFICATE OF SERVICE**

I, Michael J. Rye, Counsel to Plaintiff, hereby certify that, on the 28th day of April 2008, I served a copy of the foregoing document via the Court's ECF system. All counsel of record will be notified via the Court's ECF system.

Stephen P. McNamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

                                              /s/ Michael J. Rye
                                                     Michael J. Rye