# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 301CV2188AWT |
| vs. | ) ) ) | |
| CULTEC, INC. and ROBERT J. DITULLIO | ) ) ) | |
| Defendants | ) ) | |

|  |  |
|---|---|
| CULTEC, INC. and ROBERT J. DITULLIO | ) ) |
| Counterclaimants and Third Party Plaintiffs | ) ) ) |
| v. | ) ) |
| INFILTRATOR SYSTEMS, INC. STORMTECH INCORPORATED | ) ) |
| Counterclaim Defendants and | ) |
| JAMES M. NICHOLS FABRI-FORM CO., INC. | ) ) |
| Third Party Defendants | ) ) |

## PARTIES JOINT MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM

The Parties in the above matter, acting by and through their respective counsel, move this Court for an additional fourteen (14) day extension of time to file the Joint Trial Memorandum, all pursuant to this Court's November 14, 2007 Order [Docket No. 219]. The parties seek to extend the deadline from May 12, 2008 to May 27, 2008.

As grounds therefore, the Parties state as follows:

1.      After this Court issued its Amended Partial Judgment, the parties

        began discussing a possible settlement of this matter.

2.      The Parties continue to make progress toward resolution of the

        outstanding issues since the last extension of time was granted by

        this Court.

3.      The Parties need additional time to resolve the remaining issues

        and finalize the settlement documents.

4.      This is the seventh request for an extension of this Order.

WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline

for the parties to file the Joint Trial Memorandum from May 12, 2008 through and

including May 27, 2008.

                        THE PLAINTIFFS AND THIRD-PARTY
                        DEFENDANT
                        INFILTRATOR SYSTEMS, INC.
                        STORMTECH, INC.
                        JAMES M. NICHOLS


Dated: May 12, 2008         BY:/s/ Michael J. Rye_____
                            MICHAEL J. RYE, ESQUIRE
                            CT. FED. DIST. COURT BAR #18354
                            DANIEL E. BRUSO, ESQUIRE
                            CT. FED. DIST. COURT BAR #18666
                            CANTOR COLBURN, LLP
                            55 Griffin Road South
                            Bloomfield, CT 06002
                            (860) 286-2929 (Telephone)
                            (860) 286-0115 (Telecopier)

THE DEFENDANTS
CULTEC, INC.
ROBERT J. DITULLIO


Dated: May 12, 2008       By: /s/ Stephen P. McNamara
                              Stephen P. McNamara (ct01220)
                              Steven B. Simonis (ct22777)
                              ST. ONGE STEWARD JOHNSTON
                              & REENS LLC
                              986 Bedford Street
                              Stamford, CT 06905
                              Telephone: 203-324-6155
                              lit@ssjr.com

**CERTIFICATE OF SERVICE**

I, Michael J. Rye, Counsel to Plaintiff, hereby certify that, on the 12th[th] day of May 2008, I served a copy of the foregoing document via the Court's ECF system. All counsel of record will be notified via the Court's ECF system.

Stephen P. McNamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

_/s/ Michael J. Rye_____

Michael J. Rye
