IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| INFILTRATOR SYSTEMS, INC. and<br>STORMTECH, INCORPORATED<br><br>   Plaintiffs,<br><br>vs.<br><br>CULTEC, INC. and<br>ROBERT J. DITULLIO<br><br>   Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 301CV2188AWT |
| CULTEC, INC. and<br>ROBERT J. DITULLIO<br>   Counterclaimants and<br>   Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.<br>STORMTECH INCORPORATED<br>   Counterclaim Defendants and<br><br>JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>   Third Party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  |

**PARTIES JOINT MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM**

The Parties in the above matter, acting by and through their respective counsel, move this Court for an additional fourteen (14) day extension of time to file the Joint Trial Memorandum, all pursuant to this Court's November 14, 2007 Order [Docket No. 219]. The parties seek to extend the deadline from May 27, 2008 to June 9, 2008.

As grounds therefore, the Parties state as follows:

1.  After this Court issued its Amended Partial Judgment, the parties began discussing a possible settlement of this matter.

2.  The Parties continue to make progress toward resolution of the outstanding issues since the last extension of time was granted by this Court.

3.  The Parties are very close to finalizing an Agreement, but need additional time to resolve one remaining issue before executing the settlement documents.

4.  This is the seventh request for an extension of this Order.

WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline for the parties to file the Joint Trial Memorandum from May 27, 2008 through and including June 9, 2008.

                                        THE PLAINTIFFS AND THIRD-PARTY
                                        DEFENDANT
                                        INFILTRATOR SYSTEMS, INC.
                                        STORMTECH, INC.
                                        JAMES M. NICHOLS

Dated: <u>May 27, 2008</u>        BY:<u>/s/ Michael J. Rye</u>
                                        MICHAEL J. RYE, ESQUIRE
                                        CT. FED. DIST. COURT BAR #18354
                                        DANIEL E. BRUSO, ESQUIRE
                                        CT. FED. DIST. COURT BAR #18666
                                        CANTOR COLBURN, LLP
                                        55 Griffin Road South
                                        Bloomfield, CT 06002
                                        (860) 286-2929 (Telephone)
                                        (860) 286-0115 (Telecopier)

        THE DEFENDANTS
        CULTEC, INC.
        ROBERT J. DITULLIO

Dated: May 27, 2008    By: /s/ Stephen P. McNamara
        Stephen P. McNamara (ct01220)
        Steven B. Simonis (ct22777)
        ST. ONGE STEWARD JOHNSTON
        & REENS LLC
        986 Bedford Street
        Stamford, CT 06905
        Telephone: 203-324-6155
        lit@ssjr.com

**CERTIFICATE OF SERVICE**

I, Michael J. Rye, Counsel to Plaintiff, hereby certify that, on the 27th day of May 2008, I served a copy of the foregoing document via the Court's ECF system. All counsel of record will be notified via the Court's ECF system.

Stephen P. McNamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

                                                    /s/ Michael J. Rye
                                                      Michael J. Rye