IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFILTRATOR SYSTEMS, INC. and STORMTECH, INCORPORATED<br><br>Plaintiffs,<br><br>vs.<br><br>CULTEC, INC. and ROBERT J. DITULLIO<br><br>Defendants<br><br>CULTEC, INC. and ROBERT J. DITULLIO<br>    Counterclaimants and<br>    Third Party Plaintiffs<br><br>v.<br><br>INFILTRATOR SYSTEMS, INC.<br>STORMTECH INCORPORATED<br>    Counterclaim Defendants and<br><br>JAMES M. NICHOLS<br>FABRI-FORM CO., INC.<br>    Third Party Defendants | Civil Action No. 301CV2188AWT |

**PARTIES JOINT MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM**

The Parties in the above matter, acting by and through their respective counsel, move this Court for an additional fourteen (14) day extension of time to file the Joint Trial Memorandum, all pursuant to this Court's November 14, 2007 Order [Docket No. 219]. The parties seek to extend the deadline from June 9, 2008 to June 23, 2008.

As grounds therefore, the Parties state as follows:

1. After this Court issued its Amended Partial Judgment, the parties began discussing a possible settlement of this matter.

2. The Parties continue to make progress toward resolution of the outstanding issues since the last extension of time was granted by this Court.

3. The Parties have resolved all issues, and a final agreement is now being circulated between the parties for review and execution.

4. This is the tenth request for an extension of this Order.

WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline for the parties to file the Joint Trial Memorandum from June 9, 2008 through and including June 23, 2008.

                    THE PLAINTIFFS AND THIRD-PARTY DEFENDANT
                    INFILTRATOR SYSTEMS, INC.
                    STORMTECH, INC.
                    JAMES M. NICHOLS

Dated: June 9, 2008      BY: /s/ Michael J. Rye
                               MICHAEL J. RYE, ESQUIRE
                               CT. FED. DIST. COURT BAR #18354
                               DANIEL E. BRUSO, ESQUIRE
                               CT. FED. DIST. COURT BAR #18666
                               CANTOR COLBURN, LLP
                               55 Griffin Road South
                               Bloomfield, CT 06002
                               (860) 286-2929 (Telephone)
                               (860) 286-0115 (Telecopier)

        THE DEFENDANTS
        CULTEC, INC.
        ROBERT J. DITULLIO

Dated: June 9, 2008    By: /s/ Stephen P. McNamara
        Stephen P. McNamara (ct01220)
        Steven B. Simonis (ct22777)
        ST. ONGE STEWARD JOHNSTON
        & REENS LLC
        986 Bedford Street
        Stamford, CT 06905
        Telephone: 203-324-6155
        lit@ssjr.com

**CERTIFICATE OF SERVICE**

I, Michael J. Rye, Counsel to Plaintiff, hereby certify that, on the 9th day of June 2008, I served a copy of the foregoing document via the Court's ECF system. All counsel of record will be notified via the Court's ECF system.

Stephen P. McNamara, Esq.
Steven B. Simonis, Esq.
James P. Jeffry, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619

                                              /s/ Michael J. Rye
                                                Michael J. Rye