IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
INFILTRATOR SYSTEMS, INC. and  :
STORMTECH, INCORPORATED, :

                                                    :        Civil Action No. 3:01CV2188 (AWT)

       *Plaintiffs,*  :
v.  :

CULTEC, INC., and  :
ROBERT J. DITULLIO,  :

       *Defendants.*  :

---------------------------------------------------------x

CULTEC, INC. and  :
ROBERT J. DITULLIO,  :

       *Counterclaimants,*  :

v.  :

INFILTRATOR SYSTEMS, INC., and  :
STORMTECH INCORPORATED  :
JAMES M. NICHOLS and  :
FABRI-FORM CO., INC.,  :

       *Counterclaim Defendants.*  :
---------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE AND STIPULATED REQUEST FOR VACATION OF RULING

WHEREAS, the parties before the Court in the above-captioned case ("Parties") have made various claims or counterclaims against one another in the above-captioned case (the "Case");

WHEREAS, the Parties desire to resolve the pending claims and counterclaims among the Parties in the Case (the "Pending Claims");

WHEREAS, the Parties recognize and agree that the Court has broad discretion to revise any order or decision that adjudicates fewer than all claims before the Court;

WHEREAS, the Parties recognize and agree that the Court's grant of partial summary judgment, by the Court's ruling, judgment and amended partial judgment found at Docket Entry Nos. 213, 214 and 217, respectively (collectively, the "Ruling"), adjudicated fewer than all the claims before the Court in the Case;

WHEREAS, the Parties earnestly desire and request and have agreed that the Ruling be vacated;

WHEREAS, the Parties recognize and agree that obtaining a vacation of the Ruling is an important element of the Parties' agreement to settle the Case;

WHEREAS, the Parties have entered into a settlement agreement pursuant to which the Parties have agreed to jointly request that the Court endorse the present Stipulation Of Dismissal With Prejudice And Stipulated Request To Vacate Summary Judgment (the "Stipulation");

WHEREAS, the Parties earnestly desire and request that the Court endorse this Stipulation to permit the settlement of all Pending Claims in the Case;

NOW THEREFORE, the parties stipulate and agree as follows:

1. All claims and counterclaims are hereby dismissed with prejudice;

2. The ruling, judgment and amended partial judgment found at Docket Entry Nos. 213, 214 and 217, respectively, are hereby vacated; and

3. Each party shall bear its own costs and attorneys fees.

STIPULATED AND AGREED TO:

_June 17, 2008_
Date

_[signature]_
Michael J. Rye (ct18354)
Daniel E. Bruso (ct18354)
Cantor Colburn, LLP
20 Church Street, 22nd Floor
Hartford, CT 06103-3207
Tel. (860) 286-2929
*Attorneys for Plaintiffs and Counterclaim Defendants*


_June 11, 2008_
Date

_[signature]_
Stephen P. McNamara (ct 01220)
Steven B. Simonis (ct 22777)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905-5619
Tel. (203) 324-6155
*Attorneys for Defendants and Counterclaimants*


Dated at Hartford, Connecticut, this ____ day of _____, 2008.


### SO ORDERED:


_____
The Honorable Alvin W. Thompson
United States District Judge